| AO 10 Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2016 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) SARIS, PATTI B. | 2. Court or Organization U.S.D.C. MASSACHUSETTS | 3. Date of Report 10/04/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) DISTRICT COURT JUDGE (ACTIVE) | 5a. Report Type (check appropriate type) ☐ Nomination   Date ☐ Initial   ☑ Annual   ☐ Final  5b. ☑ Amended Report | 6. Reporting Period 01/01/2016 to 12/31/2016 |

**7. Chambers or Office Address**

J. J. MOAKLEY U.S. COURTHOUSE
1 COURTHOUSE WAY, SUITE 8110
BOSTON, MA 02210

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | CO-TRUSTEE - Resigned as co-trustee 5/11/2016 | TRUST #3 (See Part VIII) |
| 2. | CO-TRUSTEE | TRUST #4 (See Part VIII) |
| 3. | CO-TRUSTEE | TRUST #5 |
| 4. | Director | Bottom Line Inc., Boston, MA |
| 5. | Director | Codman Academy Foundation Inc, Dorchester, MA |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE, CAMBRIDGE, MA - salary |
| 2. 2016 | HARVARD BUSINESS PUBLISHING, MA - Royalties |
| 3. 2016 | HIGHVISTA STATEGIES LLC, MA - Advisory fee |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 10/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Venture Investors Fund, LP | | None | J | W | | | | | |
| 2. Tucker Anthony Private Equity Fund I, LP | | None | | | Redeemed | 08/17/16 | J | | See Part VIII |
| 3. TA Conference LLC | | None | | | Redeemed | 12/19/16 | M | G | See Part VIII |
| 4. Tucker Anthony Private Equity Fund II | | None | | | Redeemed | 10/27/16 | K | | See Part VIII |
| 5. Tucker Anthony Private Equity Fund III | | None | K | U | | | | | |
| 6. Tucker Anthony Private Equity Technology LP | | None | | | Redeemed | 08/17/16 | K | | See Part VIII |
| 7. Trust # 5 (H) | | | | | | | | | |
| 8. - Baupost Value Partners LP I | | None | P1 | W | | | | | |
| 9. - Kensico Offshore Fd Ltd LP | | None | P1 | W | | | | | |
| 10. - Federated US Treas Cash money market (cash equiv) | C | Dividend | P1 | T | Buy (add'l) | 07/20/16 | K | | |
| 11. | | | | | Buy (add'l) | 12/22/16 | L | | |
| 12. | | | | | Sold (part) | 01/14/16 | J | | |
| 13. | | | | | Sold (part) | 01/15/16 | K | | |
| 14. | | | | | Sold (part) | 01/21/16 | L | | |
| 15. | | | | | Sold (part) | 02/17/16 | K | | |
| 16. | | | | | Sold (part) | 02/18/16 | K | | |
| 17. | | | | | Sold (part) | 02/21/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 10/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 03/18/16 | J | | |
| 19. | | | | | Sold (part) | 04/19/16 | L | | |
| 20. | | | | | Sold (part) | 05/06/16 | K | | |
| 21. | | | | | Sold (part) | 05/24/16 | J | | |
| 22. | | | | | Sold (part) | 06/01/16 | J | | |
| 23. | | | | | Sold (part) | 06/02/16 | N | | |
| 24. | | | | | Sold (part) | 06/30/16 | K | | |
| 25. | | | | | Sold (part) | 07/18/16 | K | | |
| 26. | | | | | Sold (part) | 08/17/16 | K | | |
| 27. | | | | | Sold (part) | 08/25/16 | J | | |
| 28. | | | | | Sold (part) | 09/13/16 | K | | |
| 29. | | | | | Sold (part) | 12/15/16 | N | | |
| 30. - Independent Franchise Partners US Eq Fd (IFPUX) mutual fund | G | Dividend | P1 | T | Open | 12/13/16 | P1 | | See Part VIII |
| 31. | | | | | Buy (add'l) | 12/20/16 | L | | |
| 32. - Frontier MFG Global Eq-Inst (FMGEX) mutual fund (x) | F | Dividend | P1 | T | Open | 12/13/16 | P1 | | See Part VIII |
| 33. | | | | | Buy (add'l) | 12/20/16 | K | | |
| 34. Trust # 10 (H) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 10/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Travelers Life & Annuity Ins Co, universal life insurance | | None | N | W | | | | | |
| 36. Trust # 11 (H) | | | | | | | | | |
| 37. - Sun LIfe Assurance, universal life insurance | | None | P1 | W | | | | | |
| 38. - Manufacturers Life Ins, universal life (John Hancock) | | None | P1 | W | | | | | |
| 39. - Federated USTreas Cash Rsv cash eq mutual fd | A | Dividend | J | T | Buy (add'l) | 08/25/16 | L | | |
| 40. | | | | | Sold (part) | 08/29/16 | L | | |
| 41. - Artisan Intl Value Fd Inv (ARTKX) mutual fd | | None | | | Sold | 05/23/16 | J | | See Part VIII |
| 42. - Driehaus Emg Mkts Growth Fd (DREGX) mutual fd | | None | | | Sold | 05/23/16 | J | | See Part VIII |
| 43. - FMI Large Cap Fd (FMIHX) mutual fund | | None | | | Sold | 02/29/16 | J | | See Part VIII |
| 44. - Harding Loevner Intl Equity Fd Ins (HLMIX) mutual fd | | None | | | Sold | 02/29/16 | J | | See Part VIII |
| 45. - NB Equity Income Fd Ins (NBHIX) mutual fd (y) | | None | | | | | | | See Part VIII |
| 46. - Oak Ridge Small Cap Growth Fd Y (ORIYX) mutual fd | A | Dividend | | | Sold | 02/29/16 | J | | See Part VIII |
| 47. - Vanguard 500 Index Fd Adm (VFIX) mutual fd | A | Dividend | | | Buy (add'l) | 02/29/16 | J | | |
| 48. | | | | | Buy (add'l) | 05/16/16 | J | | |
| 49. | | | | | Sold | 05/23/16 | K | B | |
| 50. - NB High Income Bond Fd Ins (NHILX) mutual fd | A | Dividend | | | Buy (add'l) | 02/29/16 | J | | |
| 51. | | | | | Sold (part) | 05/16/16 | J | | See Parat VIII |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 10/04/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold | 06/29/16 | J | | See Part VIII |
| 53.   - Ridgeworth Seix Floating Rate Fd Ins (SAMBX) mutual fd | | None | | | Sold | 02/29/16 | J | | See Part VIII |
| 54.   - Vanguard Interm Term T/E Fd Adm (VWIUX) mutual fd | A | Dividend | | | Buy (add'l) | 02/29/16 | J | | |
| 55. | | | | | Buy (add'l) | 05/16/16 | J | | |
| 56. | | | | | Buy (add'l) | 06/29/16 | J | | |
| 57. | | | | | Sold | 08/24/16 | J | | See Part VIII |
| 58.   - Vanguard Small Cap Indx Fd Adm (VSMAX) | A | Dividend | | | Buy (add'l) | 02/29/16 | J | | |
| 59. | | | | | Sold (part) | 05/16/16 | J | | See Part VIII |
| 60. | | | | | Sold | 05/23/16 | J | | See Parrt VIII |
| 61.   - Blackrock Strategic Inc Opp Fd Ins (BSIIX) mutual fd | A | Dividend | | | Sold | 02/29/16 | J | | See Part VIII |
| 62.   - Transamerica Intl Small Cap Value Fd (TISVX) mutual fd | | None | | | Buy (add'l) | 02/29/16 | J | | |
| 63. | | | | | Sold | 05/23/16 | J | | See Part VIII |
| 64.   - Vanguard Tot Wld Stk Ind-Inv (VTWSX) mutual fd (x) | A | Dividend | | | Buy | 05/23/16 | K | | |
| 65. | | | | | Sold | 08/24/16 | K | B | |
| 66.   - Vanguard Total Wrld Stock Idx Fd (VT) mutual fd (x) | A | Dividend | L | T | Buy | 08/24/16 | K | | |
| 67. Tucker Anthony Private Equity Fund IV | | None | L | U | | | | | |
| 68. IRA Rollover (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 10/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Federated USTreas Cash Rsv cash eq mutual fd | A | Dividend | K | T | Buy (add'l) | 02/16/16 | J | | |
| 70. | | | | | Buy (add'l) | 05/24/16 | O | | |
| 71. | | | | | Buy (add'l) | 06/27/16 | J | | |
| 72. | | | | | Buy (add'l) | 06/28/16 | J | | |
| 73. | | | | | Buy (add'l) | 09/19/16 | J | | |
| 74. | | | | | Buy (add'l) | 12/27/16 | J | | |
| 75. | | | | | Sold (part) | 01/13/16 | L | | |
| 76. | | | | | Sold (part) | 01/14/16 | K | | |
| 77. | | | | | Sold (part) | 03/21/16 | L | | |
| 78. | | | | | Sold (part) | 05/26/16 | O | | |
| 79. | | | | | Sold (part) | 08/19/16 | J | | |
| 80. - Zoom Information Inc Cl B privately held | | None | | | Distributed | 09/30/16 | J | | See Parrt VIII |
| 81. - Artisan Intl Value Fd Inv (ARTKX) mutual fd | | None | | | Sold | 05/23/16 | L | | See Part VIII |
| 82. - Dodge & Cox Intl Stock Fd (DODFX) mutual fd | | None | | | Sold | 05/23/16 | K | | See Part VIII |
| 83. - Driehaus Emg Mkts Growth Fd (DREGX) mutual fd | | None | | | Sold (part) | 01/13/16 | J | | See Part VIII |
| 84. | | | | | Sold | 05/23/16 | K | | See Part VIII |
| 85. - FMI Large Cap Fd (FMIHX) mutual fd | | None | | | Sold | 05/23/16 | M | | See Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 10/04/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Harding Loevner Intl Equity Fd Ins (HLMIX) mutual fd | | None | | | Buy (add'l) | 01/12/16 | K | | |
| 87. | | | | | Sold | 05/23/16 | L | C | |
| 88. - Matthews Asia Dividend-Ins (MIPIX) mutual fd | A | Dividend | | | Buy (add'l) | 01/12/16 | K | | |
| 89. | | | | | Sold | 05/23/16 | K | B | |
| 90. - Oak Ridge Small Cap Growth-I (ORIYX) mutual fd | | None | | | Sold | 05/23/16 | J | | See Part VIII |
| 91. - Transamerica Intl Small Cap Value Fd (TISVX) mutual fd | | None | | | Buy (add'l) | 01/12/16 | J | | |
| 92. | | | | | Sold | 05/23/16 | L | | See Part VIII |
| 93. - Vanguard Small Cap Indx Fd Adm (VSMAX) mutual fd | A | Dividend | | | Buy (add'l) | 01/13/16 | K | | |
| 94. | | | | | Sold | 05/23/16 | M | C | |
| 95. - Vanguard 500 Index Fund Adm (VFIAX) mutual fd | A | Dividend | | | Sold | 05/23/16 | M | B | |
| 96. - Ishares Cohen & Steers Rlty (ICF) ETF (x) | A | Dividend | | | Buy | 05/23/16 | K | | |
| 97. | | | | | Sold | 08/16/16 | K | B | |
| 98. - Ishares Core S&P 500 (IVV) ETF (x) | B | Dividend | | | Buy | 05/23/16 | N | | |
| 99. | | | | | Sold | 08/16/16 | N | E | |
| 100. - Ishares MSCI EAFE (EFA) ETF (x) | C | Dividend | | | Buy | 05/23/16 | M | | |
| 101. | | | | | Sold | 08/16/16 | M | C | |
| 102. - Ishares MSCI EAFE Small Cap (SCZ) (ETF) (x) | B | Dividend | | | Buy | 05/23/16 | L | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold | 08/16/16 | L | B | |
| 104. - Ishares Russell 2000 (IWM) ETF (x) | A | Dividend | | | Buy | 05/23/16 | M | | |
| 105. | | | | | Sold | 08/16/16 | M | D | |
| 106. - Vanguard FTSE Emg Mkts (VWO) ETF (x) | A | Dividend | | | Buy | 05/23/16 | L | | |
| 107. | | | | | Sold | 08/16/16 | L | D | |
| 108. - Vanguard Total Wrld Stock Idx Fd (VT) mutual fd (x) | D | Dividend | O | T | Buy | 08/19/16 | O | | |
| 109. - Edgewood Growth Fund Ins (EGFIX) mutual fd (x) | | None | | | Buy | 03/18/16 | L | | |
| 110. | | | | | Sold | 05/23/16 | L | B | |
| 111. Battery Ventures VI L.P. | D | Distribution | J | U | | | | | |
| 112. Park St Capl Natural Res Fd L.P. | F | Distribution | M | U | | | | | |
| 113. US Fidenza LLC | | None | K | U | | | | | |
| 114. MFB Northern Trust Co Funds Muni MM cash equiv. | A | Dividend | | | Sold (part) | 09/30/16 | L | | See Part VIII |
| 115. | | | | | Sold | 09/30/16 | M | | See Part VIII |
| 116. Park St Capital V LP | G | Distribution | M | U | | | | | |
| 117. Plymouth Rock Co Inc OC Cl A - common stock | | None | | | Distributed | 03/08/16 | P2 | | See Part VIII |
| 118. Friends of Lime Rock III LP | | None | K | W | | | | | |
| 119. Highfields Capital II LP | G | Distribution | M | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Park St Natural Resource Fund II Combined (Private Equity) | F | Distribution | N | U | | | | | |
| 121. Park Street Capital VI (Private Equity Fd) | G | Distribution | N | U | | | | | |
| 122. Patron Capital LP II (private equity) | | None | N | W | | | | | |
| 123. Orion Eruopean Real Estate Fd II, C.V., LP | D | Distribution | L | U | | | | | |
| 124. US Dublin LLC | | None | L | U | | | | | |
| 125. Europa Fund II US LP | F | Distribution | M | W | | | | | |
| 126. Weston Presidio V LP | G | Distribution | N | W | | | | | |
| 127. Trust # 18 (H) | | | | | | | | | |
| 128. - Federated USTreas Cash Rsv cash eq mutual fd | A | Dividend | M | T | Buy (add'l) | 01/06/16 | J | | |
| 129. | | | | | Buy (add'l) | 11/08/16 | M | | |
| 130. | | | | | Buy (add'l) | 11/23/16 | K | | |
| 131. | | | | | Sold (part) | 01/06/16 | J | | |
| 132. - Int in MECM Investments LLC (privately held) | E | Distribution | P1 | W | | | | | See Part VIII |
| 133. Trust # 19 (H) | | | | | | | | | |
| 134. - Federated USTreas Cash Rsv cash eq mutual fd | A | Dividend | M | T | Buy (add'l) | 01/06/16 | J | | |
| 135. | | | | | Buy (add'l) | 11/08/16 | M | | |
| 136. | | | | | Buy (add'l) | 11/23/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 01/06/16 | J | | |
| 138. - Int in MECM Investments LLC (privately held) | E | Distribution | P1 | W | | | | | See Part VIII |
| 139. Trust # 20 (H) | | | | | | | | | |
| 140. - Federated USTreas Cash Rsv cash eq mutual fd | A | Dividend | M | T | Buy (add'l) | 11/08/16 | M | | |
| 141. | | | | | Buy (add'l) | 11/23/16 | K | | |
| 142. - Int in MECM Investments LLC (privately held) | E | Distribution | P1 | W | | | | | See Part VIII |
| 143. Trust # 21 (H) | | | | | | | | | |
| 144. - Federated USTreas Cash Rsv cash eq mutual fd | A | Dividend | M | T | Buy (add'l) | 01/06/16 | J | | |
| 145. | | | | | Buy (add'l) | 11/08/16 | M | | |
| 146. | | | | | Buy (add'l) | 11/23/16 | K | | |
| 147. | | | | | Sold (part) | 01/06/16 | J | | |
| 148. - Int in MECM Investments LLC (privately held) | E | Distribution | P1 | W | | | | | See Part VIII |
| 149. TA Investors L.P (y) | A | Distribution | | | | | | | See Part VIII |
| 150. Wavemark Inc Ser A pfd stock (y) | B | Distribution | | | | | | | See Part VIII |
| 151. Centerbridge Cap Ptnrs LPs (Priv. Eq) | G | Distribution | P1 | U | | | | | |
| 152. Lime Rock Partners IV LP (combined) (private equities) | F | Distribution | P1 | U | Buy (add'l) | 03/28/16 | J | | |
| 153. | | | | | Buy (add'l) | 06/23/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 10/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Park St Cap Priv Eq Fd VII A LP | F | Distribution | N | U | | | | | |
| 155. Park St Cap Natural Res Fd III LP combined (priv Eq) | G | Distribution | O | U | | | | | |
| 156. Polaris Vent Part Entrep Fd V LP | | None | O | U | | | | | |
| 157. Summit Ptrns Priv Eq Fd VII-A | G | Distribution | O | W | | | | | |
| 158. TA X LP (Priv Eq) | G | Distribution | M | U | | | | | |
| 159. Minneapolis, MN Municipal bds | D | Interest | M | T | | | | | |
| 160. University Idaho Municipal bds | D | Interest | M | T | | | | | |
| 161. Federated US Treas Cash Rsv cash eq mutual fd | C | Dividend | P1 | T | Buy (add'l) | 01/05/16 | L | | |
| 162. | | | | | Buy (add'l) | 01/06/16 | M | | |
| 163. | | | | | Buy (add'l) | 01/07/16 | O | | |
| 164. | | | | | Buy (add'l) | 01/11/16 | K | | |
| 165. | | | | | Buy (add'l) | 01/14/16 | M | | |
| 166. | | | | | Buy (add'l) | 01/15/16 | K | | |
| 167. | | | | | Buy (add'l) | 01/19/16 | J | | |
| 168. | | | | | Buy (add'l) | 01/20/16 | L | | |
| 169. | | | | | Buy (add'l) | 01/22/16 | P1 | | |
| 170. | | | | | Buy (add'l) | 01/29/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 10/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 02/02/16 | L | | |
| 172. | | | | | Buy (add'l) | 02/03/16 | J | | |
| 173. | | | | | Buy (add'l) | 02/04/16 | K | | |
| 174. | | | | | Buy (add'l) | 02/05/16 | M | | |
| 175. | | | | | Buy (add'l) | 02/10/16 | K | | |
| 176. | | | | | Buy (add'l) | 02/12/16 | N | | |
| 177. | | | | | Buy (add'l) | 02/16/16 | J | | |
| 178. | | | | | Buy (add'l) | 03/03/16 | K | | |
| 179. | | | | | Buy (add'l) | 03/08/16 | J | | |
| 180. | | | | | Buy (add'l) | 03/15/16 | K | | |
| 181. | | | | | Buy (add'l) | 03/17/16 | K | | |
| 182. | | | | | Buy (add'l) | 03/18/16 | K | | |
| 183. | | | | | Buy (add'l) | 03/21/16 | J | | |
| 184. | | | | | Buy (add'l) | 03/23/16 | J | | |
| 185. | | | | | Buy (add'l) | 03/24/16 | J | | |
| 186. | | | | | Buy (add'l) | 03/29/16 | J | | |
| 187. | | | | | Buy (add'l) | 04/01/16 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 10/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 04/04/16 | J | | |
| 189. | | | | | Buy (add'l) | 04/05/16 | J | | |
| 190. | | | | | Buy (add'l) | 04/08/16 | K | | |
| 191. | | | | | Buy (add'l) | 04/19/16 | O | | |
| 192. | | | | | Buy (add'l) | 04/20/16 | M | | |
| 193. | | | | | Buy (add'l) | 04/22/16 | L | | |
| 194. | | | | | Buy (add'l) | 04/25/16 | J | | |
| 195. | | | | | Buy (add'l) | 04/26/16 | J | | |
| 196. | | | | | Buy (add'l) | 04/29/16 | K | | |
| 197. | | | | | Buy (add'l) | 05/02/16 | M | | |
| 198. | | | | | Buy (add'l) | 05/05/16 | M | | |
| 199. | | | | | Buy (add'l) | 05/10/16 | M | | |
| 200. | | | | | Buy (add'l) | 05/16/16 | J | | |
| 201. | | | | | Buy (add'l) | 05/23/16 | N | | |
| 202. | | | | | Buy (add'l) | 05/24/16 | L | | |
| 203. | | | | | Buy (add'l) | 05/26/16 | K | | |
| 204. | | | | | Buy (add'l) | 05/27/16 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 10/04/2017 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy (add'l) | 05/31/16 | L | | |
| 206. | | | | | Buy (add'l) | 06/01/16 | J | | |
| 207. | | | | | Buy (add'l) | 06/02/16 | J | | |
| 208. | | | | | Buy (add'l) | 06/03/16 | K | | |
| 209. | | | | | Buy (add'l) | 06/07/16 | K | | |
| 210. | | | | | Buy (add'l) | 06/08/16 | K | | |
| 211. | | | | | Buy (add'l) | 06/14/16 | K | | |
| 212. | | | | | Buy (add'l) | 06/16/16 | J | | |
| 213. | | | | | Buy (add'l) | 06/24/16 | L | | |
| 214. | | | | | Buy (add'l) | 06/28/16 | K | | |
| 215. | | | | | Buy (add'l) | 06/30/16 | N | | |
| 216. | | | | | Buy (add'l) | 07/01/16 | K | | |
| 217. | | | | | Buy (add'l) | 07/05/16 | P1 | | |
| 218. | | | | | Buy (add'l) | 07/06/16 | K | | |
| 219. | | | | | Buy (add'l) | 07/11/16 | K | | |
| 220. | | | | | Buy (add'l) | 07/18/16 | P1 | | |
| 221. | | | | | Buy (add'l) | 07/21/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 10/04/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Buy (add'l) | 08/01/16 | L | | |
| 223. | | | | | Buy (add'l) | 08/02/16 | L | | |
| 224. | | | | | Buy (add'l) | 08/03/16 | K | | |
| 225. | | | | | Buy (add'l) | 08/12/16 | N | | |
| 226. | | | | | Buy (add'l) | 08/15/16 | J | | |
| 227. | | | | | Buy (add'l) | 08/17/16 | K | | |
| 228. | | | | | Buy (add'l) | 08/18/16 | J | | |
| 229. | | | | | Buy (add'l) | 08/23/16 | J | | |
| 230. | | | | | Buy (add'l) | 08/26/16 | J | | |
| 231. | | | | | Buy (add'l) | 08/31/16 | J | | |
| 232. | | | | | Buy (add'l) | 09/02/16 | M | | |
| 233. | | | | | Buy (add'l) | 09/07/16 | K | | |
| 234. | | | | | Buy (add'l) | 09/08/16 | J | | |
| 235. | | | | | Buy (add'l) | 09/09/16 | K | | |
| 236. | | | | | Buy (add'l) | 09/26/16 | O | | |
| 237. | | | | | Buy (add'l) | 09/27/16 | M | | |
| 238. | | | | | Buy (add'l) | 09/30/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 10/04/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Buy (add'l) | 10/03/16 | J | | |
| 240. | | | | | Buy (add'l) | 10/04/16 | L | | |
| 241. | | | | | Buy (add'l) | 10/07/16 | P1 | | |
| 242. | | | | | Buy (add'l) | 10/12/16 | K | | |
| 243. | | | | | Buy (add'l) | 10/13/16 | K | | |
| 244. | | | | | Buy (add'l) | 10/14/16 | P1 | | |
| 245. | | | | | Buy (add'l) | 10/18/16 | N | | |
| 246. | | | | | Buy (add'l) | 10/19/16 | O | | |
| 247. | | | | | Buy (add'l) | 10/25/16 | N | | |
| 248. | | | | | Buy (add'l) | 10/27/16 | L | | |
| 249. | | | | | Buy (add'l) | 10/28/16 | L | | |
| 250. | | | | | Buy (add'l) | 10/31/16 | M | | |
| 251. | | | | | Buy (add'l) | 11/01/16 | J | | |
| 252. | | | | | Buy (add'l) | 11/02/16 | M | | |
| 253. | | | | | Buy (add'l) | 11/09/16 | O | | |
| 254. | | | | | Buy (add'l) | 11/14/16 | L | | |
| 255. | | | | | Buy (add'l) | 11/15/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 10/04/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Buy (add'l) | 11/17/16 | O | | |
| 257. | | | | | Buy (add'l) | 11/21/16 | J | | |
| 258. | | | | | Buy (add'l) | 11/28/16 | K | | |
| 259. | | | | | Buy (add'l) | 11/29/16 | L | | |
| 260. | | | | | Buy (add'l) | 12/02/16 | K | | |
| 261. | | | | | Buy (add'l) | 12/06/16 | L | | |
| 262. | | | | | Buy (add'l) | 12/08/16 | L | | |
| 263. | | | | | Buy (add'l) | 12/16/16 | O | | |
| 264. | | | | | Buy (add'l) | 12/19/16 | J | | |
| 265. | | | | | Buy (add'l) | 12/21/16 | P1 | | |
| 266. | | | | | Buy (add'l) | 12/23/16 | N | | |
| 267. | | | | | Buy (add'l) | 12/28/16 | L | | |
| 268. | | | | | Buy (add'l) | 12/29/16 | N | | |
| 269. | | | | | Buy (add'l) | 12/30/16 | M | | |
| 270. | | | | | Sold (part) | 01/04/16 | K | | |
| 271. | | | | | Sold (part) | 01/05/16 | J | | |
| 272. | | | | | Sold (part) | 01/06/16 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 10/04/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Sold (part) | 01/07/16 | O | | |
| 274. | | | | | Sold (part) | 01/08/16 | M | | |
| 275. | | | | | Sold (part) | 01/11/16 | M | | |
| 276. | | | | | Sold (part) | 01/12/16 | K | | |
| 277. | | | | | Sold (part) | 01/13/16 | J | | |
| 278. | | | | | Sold (part) | 01/15/16 | J | | |
| 279. | | | | | Sold (part) | 01/20/16 | J | | |
| 280. | | | | | Sold (part) | 01/21/16 | K | | |
| 281. | | | | | Sold (part) | 01/25/16 | J | | |
| 282. | | | | | Sold (part) | 01/26/16 | J | | |
| 283. | | | | | Sold (part) | 01/29/16 | J | | |
| 284. | | | | | Sold (part) | 02/01/16 | L | | |
| 285. | | | | | Sold (part) | 02/08/16 | J | | |
| 286. | | | | | Sold (part) | 02/10/16 | K | | |
| 287. | | | | | Sold (part) | 02/11/16 | M | | |
| 288. | | | | | Sold (part) | 02/16/16 | J | | |
| 289. | | | | | Sold (part) | 02/17/16 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 10/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 290. | | | | | Sold (part) | 02/18/16 | J | | |
| 291. | | | | | Sold (part) | 02/24/16 | J | | |
| 292. | | | | | Sold (part) | 02/29/16 | M | | |
| 293. | | | | | Sold (part) | 03/01/16 | K | | |
| 294. | | | | | Sold (part) | 03/02/16 | K | | |
| 295. | | | | | Sold (part) | 03/03/16 | J | | |
| 296. | | | | | Sold (part) | 03/08/16 | K | | |
| 297. | | | | | Sold (part) | 03/09/16 | L | | |
| 298. | | | | | Sold (part) | 03/10/16 | K | | |
| 299. | | | | | Sold (part) | 03/11/16 | K | | |
| 300. | | | | | Sold (part) | 03/14/16 | J | | |
| 301. | | | | | Sold (part) | 03/16/16 | N | | |
| 302. | | | | | Sold (part) | 03/22/16 | L | | |
| 303. | | | | | Sold (part) | 03/24/16 | J | | |
| 304. | | | | | Sold (part) | 03/28/16 | J | | |
| 305. | | | | | Sold (part) | 03/29/16 | J | | |
| 306. | | | | | Sold (part) | 03/30/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 10/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Sold (part) | 03/31/16 | K | | |
| 308. | | | | | Sold (part) | 04/01/16 | L | | |
| 309. | | | | | Sold (part) | 04/06/16 | K | | |
| 310. | | | | | Sold (part) | 04/07/16 | L | | |
| 311. | | | | | Sold (part) | 04/11/16 | K | | |
| 312. | | | | | Sold (part) | 04/12/16 | O | | |
| 313. | | | | | Sold (part) | 04/14/16 | J | | |
| 314. | | | | | Sold (part) | 04/15/16 | P1 | | |
| 315. | | | | | Sold (part) | 04/18/16 | J | | |
| 316. | | | | | Sold (part) | 04/25/16 | J | | |
| 317. | | | | | Sold (part) | 04/27/16 | M | | |
| 318. | | | | | Sold (part) | 04/28/16 | J | | |
| 319. | | | | | Sold (part) | 05/02/16 | K | | |
| 320. | | | | | Sold (part) | 05/04/16 | N | | |
| 321. | | | | | Sold (part) | 05/06/16 | K | | |
| 322. | | | | | Sold (part) | 05/09/16 | J | | |
| 323. | | | | | Sold (part) | 05/10/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 10/04/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Sold (part) | 05/11/16 | J | | |
| 325. | | | | | Sold (part) | 05/12/16 | J | | |
| 326. | | | | | Sold (part) | 05/13/16 | J | | |
| 327. | | | | | Sold (part) | 05/16/16 | J | | |
| 328. | | | | | Sold (part) | 05/20/16 | K | | |
| 329. | | | | | Sold (part) | 05/25/16 | M | | |
| 330. | | | | | Sold (part) | 05/31/16 | J | | |
| 331. | | | | | Sold (part) | 06/01/16 | K | | |
| 332. | | | | | Sold (part) | 06/02/16 | M | | |
| 333. | | | | | Sold (part) | 06/08/16 | P1 | | |
| 334. | | | | | Sold (part) | 06/09/16 | K | | |
| 335. | | | | | Sold (part) | 06/10/16 | J | | |
| 336. | | | | | Sold (part) | 06/13/16 | J | | |
| 337. | | | | | Sold (part) | 06/15/16 | J | | |
| 338. | | | | | Sold (part) | 06/21/16 | J | | |
| 339. | | | | | Sold (part) | 06/22/16 | N | | |
| 340. | | | | | Sold (part) | 06/23/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 10/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Sold (part) | 06/27/16 | K | | |
| 342. | | | | | Sold (part) | 06/29/16 | J | | |
| 343. | | | | | Sold (part) | 06/30/16 | J | | |
| 344. | | | | | Sold (part) | 07/05/16 | K | | |
| 345. | | | | | Sold (part) | 07/07/16 | K | | |
| 346. | | | | | Sold (part) | 07/08/16 | N | | |
| 347. | | | | | Sold (part) | 07/13/16 | J | | |
| 348. | | | | | Sold (part) | 07/14/16 | N | | |
| 349. | | | | | Sold (part) | 07/15/16 | J | | |
| 350. | | | | | Sold (part) | 07/20/16 | K | | |
| 351. | | | | | Sold (part) | 07/25/16 | O | | |
| 352. | | | | | Sold (part) | 07/26/16 | O | | |
| 353. | | | | | Sold (part) | 07/28/16 | O | | |
| 354. | | | | | Sold (part) | 08/01/16 | K | | |
| 355. | | | | | Sold (part) | 08/08/16 | J | | |
| 356. | | | | | Sold (part) | 08/09/16 | K | | |
| 357. | | | | | Sold (part) | 08/10/16 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 10/04/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | Sold (part) | 08/11/16 | J | | |
| 359. | | | | | Sold (part) | 08/15/16 | J | | |
| 360. | | | | | Sold (part) | 08/19/16 | J | | |
| 361. | | | | | Sold (part) | 08/23/16 | J | | |
| 362. | | | | | Sold (part) | 08/24/16 | J | | |
| 363. | | | | | Sold (part) | 08/25/16 | O | | |
| 364. | | | | | Sold (part) | 08/26/16 | L | | |
| 365. | | | | | Sold (part) | 08/30/16 | J | | |
| 366. | | | | | Sold (part) | 09/01/16 | K | | |
| 367. | | | | | Sold (part) | 09/06/16 | K | | |
| 368. | | | | | Sold (part) | 09/12/16 | K | | |
| 369. | | | | | Sold (part) | 09/13/16 | O | | |
| 370. | | | | | Sold (part) | 09/15/16 | L | | |
| 371. | | | | | Sold (part) | 09/16/16 | J | | |
| 372. | | | | | Sold (part) | 09/19/16 | J | | |
| 373. | | | | | Sold (part) | 09/20/16 | J | | |
| 374. | | | | | Sold (part) | 09/21/16 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Sold (part) | 09/22/16 | M | | |
| 376. | | | | | Sold (part) | 09/23/16 | K | | |
| 377. | | | | | Sold (part) | 09/28/16 | N | | |
| 378. | | | | | Sold (part) | 09/29/16 | M | | |
| 379. | | | | | Sold (part) | 10/03/16 | M | | |
| 380. | | | | | Sold (part) | 10/04/16 | J | | |
| 381. | | | | | Sold (part) | 10/05/16 | M | | |
| 382. | | | | | Sold (part) | 10/06/16 | J | | |
| 383. | | | | | Sold (part) | 10/11/16 | P1 | | |
| 384. | | | | | Sold (part) | 10/14/16 | J | | |
| 385. | | | | | Sold (part) | 10/17/16 | O | | |
| 386. | | | | | Sold (part) | 10/21/16 | P1 | | |
| 387. | | | | | Sold (part) | 10/28/16 | J | | |
| 388. | | | | | Sold (part) | 11/01/16 | K | | |
| 389. | | | | | Sold (part) | 11/03/16 | O | | |
| 390. | | | | | Sold (part) | 11/04/16 | J | | |
| 391. | | | | | Sold (part) | 11/07/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 10/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | | Sold (part) | 11/08/16 | M | | |
| 393. | | | | | Sold (part) | 11/09/16 | M | | |
| 394. | | | | | Sold (part) | 11/10/16 | J | | |
| 395. | | | | | Sold (part) | 11/16/16 | J | | |
| 396. | | | | | Sold (part) | 11/18/16 | M | | |
| 397. | | | | | Sold (part) | 11/21/16 | J | | |
| 398. | | | | | Sold (part) | 11/23/16 | J | | |
| 399. | | | | | Sold (part) | 12/01/16 | K | | |
| 400. | | | | | Sold (part) | 12/02/16 | J | | |
| 401. | | | | | Sold (part) | 12/07/16 | N | | |
| 402. | | | | | Sold (part) | 12/09/16 | N | | |
| 403. | | | | | Sold (part) | 12/13/16 | J | | |
| 404. | | | | | Sold (part) | 12/14/16 | L | | |
| 405. | | | | | Sold (part) | 12/15/16 | J | | |
| 406. | | | | | Sold (part) | 12/20/16 | J | | |
| 407. | | | | | Sold (part) | 12/21/16 | J | | |
| 408. | | | | | Sold (part) | 12/22/16 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 10/04/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. | | | | | Sold (part) | 12/27/16 | J | | |
| 410. Local Motors Series A pfd stock | | None | J | W | | | | | |
| 411. Hephaestion II LP priv eq | G | Distribution | P1 | U | Buy (add'l) | 01/05/16 | J | | |
| 412. | | | | | Buy (add'l) | 03/17/16 | K | | |
| 413. | | | | | Buy (add'l) | 10/21/16 | K | | |
| 414. Hephaestion Retail LP priv eq | G | Distribution | O | U | Buy (add'l) | 03/09/16 | J | | |
| 415. | | | | | Buy (add'l) | 06/27/16 | J | | |
| 416. | | | | | Buy (add'l) | 10/04/16 | J | | |
| 417. | | | | | Buy (add'l) | 10/21/16 | J | | |
| 418. Penta Asia Domestic Partners LP | | None | | | Redeemed | 12/31/16 | M | | See Part VIII |
| 419. PSC Luxembourg Hldgs LLC | C | Distribution | J | U | | | | | |
| 420. Trust # 22 (H) | | | | | | | | | |
| 421. - Int in MECM Assoc II LLC privately held | G | Distribution | P1 | W | | | | | See Part VIII |
| 422. - Hephaestion LP | | None | P1 | W | | | | | |
| 423. - Hephaestion Co-invest I LP | | None | N | W | Buy (add'l) | 03/29/16 | J | | |
| 424. | | | | | Buy (add'l) | 06/27/16 | J | | |
| 425. | | | | | Buy (add'l) | 09/29/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. - Porus Invt Hldg Co Ltd LP | | None | L | W | | | | | |
| 427. - Xander Master Fund LLC | A | Distribution | M | W | | | | | |
| 428. - Federated US Treas Cash Rsv cash equiv mutual fd | A | Dividend | N | T | Buy (add'l) | 01/06/16 | O | | |
| 429. | | | | | Buy (add'l) | 02/09/16 | J | | |
| 430. | | | | | Buy (add'l) | 03/22/16 | L | | |
| 431. | | | | | Buy (add'l) | 06/24/16 | J | | |
| 432. | | | | | Sold (part) | 03/29/16 | J | | |
| 433. | | | | | Sold (part) | 04/19/16 | O | | |
| 434. | | | | | Sold (part) | 06/27/16 | J | | |
| 435. | | | | | Sold (part) | 09/29/16 | J | | |
| 436. - Ptolemy Finance LLC (private eq) | F | Distribution | P1 | W | | | | | |
| 437. Trust # 23 (H) | | | | | | | | | |
| 438. - Federated US Treas Cash Rsv cash equiv mutual fund | A | Dividend | M | T | Buy (add'l) | 01/06/16 | K | | |
| 439. | | | | | Buy (add'l) | 11/08/16 | L | | |
| 440. | | | | | Buy (add'l) | 11/23/16 | K | | |
| 441. | | | | | Sold (part) | 01/06/16 | K | | |
| 442. - Int in MECM Investments LLC (privately held) | E | Distribution | P1 | W | | | | | See Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 30 of 73

**Name of Person Reporting**

SARIS, PATTI B.

**Date of Report**

10/04/2017

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. Trust # 24 (H) | | | | | | | | | |
| 444. - Federated US Treas Cash Rsv mutual fund | A | Dividend | N | T | Buy (add'l) | 01/06/16 | K | | |
| 445. | | | | | Buy (add'l) | 11/08/16 | L | | |
| 446. | | | | | Buy (add'l) | 11/23/16 | K | | |
| 447. | | | | | Sold (part) | 01/06/16 | K | | |
| 448. - Int in MECM Investments LLC (privately held) | E | Distribution | P1 | W | | | | | See Part VIII |
| 449. Trust # 25 (H) | | | | | | | | | |
| 450. - Federated US Treas Cash Rsv mutual fund | A | Dividend | N | T | Buy (add'l) | 01/06/16 | K | | |
| 451. | | | | | Buy (add'l) | 10/26/16 | M | | |
| 452. | | | | | Buy (add'l) | 11/23/16 | K | | |
| 453. | | | | | Sold (part) | 01/06/16 | K | | |
| 454. - Int in MECM Investments LLC (privately held) | E | Distribution | P1 | W | | | | | See Part VIII |
| 455. Trust # 26 (H) | | | | | | | | | |
| 456. - Federated US Treas Cash Rsv cash equiv mutual fund | A | Dividend | N | T | Buy (add'l) | 01/06/16 | K | | |
| 457. | | | | | Buy (add'l) | 11/08/16 | L | | |
| 458. | | | | | Buy (add'l) | 11/23/16 | K | | |
| 459. | | | | | Sold (part) | 01/06/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 31 of 73

**Name of Person Reporting**

SARIS, PATTI B.

**Date of Report**

10/04/2017

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 460. - Int in MECM Investments LLC (privately held) | E | Distribution | P1 | W | | | | | See Part VIII |
| 461. Liveprocess Crop Ser A pfd stock | | None | J | T | | | | | |
| 462. Wavemark Inc Ser B pfd stock (y) | B | Distribution | | | | | | | See Part VIII |
| 463. Meridia Capital LP | | None | K | U | | | | | |
| 464. Meta4 Group Ltd LP | | None | J | U | | | | | |
| 465. Elliott Associates, LP | | None | P2 | U | | | | | |
| 466. Hony Capital Fund 2008, LP | F | Distribution | P1 | U | Buy (add'l) | 01/04/16 | J | | |
| 467. | | | | | Buy (add'l) | 03/31/16 | J | | |
| 468. | | | | | Buy (add'l) | 06/29/16 | J | | |
| 469. | | | | | Buy (add'l) | 09/30/16 | J | | |
| 470. | | | | | Buy (add'l) | 12/30/16 | J | | |
| 471. Lime Rock Partners V, LP combined | E | Distribution | O | U | Buy (add'l) | 03/28/16 | J | | See Part VIII |
| 472. | | | | | Buy (add'l) | 06/09/16 | K | | |
| 473. | | | | | Buy (add'l) | 07/08/16 | J | | |
| 474. | | | | | Buy (add'l) | 09/28/16 | J | | |
| 475. | | | | | Buy (add'l) | 11/04/16 | K | | |
| 476. | | | | | Buy (add'l) | 12/23/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477.  Lone Star Fund VI (US), LP | | None | O | U | | | | | |
| 478.  Lone Star Europe Holdings (US), LP | | None | N | U | | | | | |
| 479.  Lone Star Real Estate Fund (US), LP | | None | M | U | | | | | |
| 480.  Middle East North Africa Opportunities Fd, LP | | None | J | W | | | | | |
| 481.  MECM Associates LLC (privately held) (H) | G | Distribution | P4 | W | | | | | |
| 482.  - Abrams Capital Partners II LP | | None | P2 | W | | | | | |
| 483.  - Baupost Value Partners LP II | | None | P2 | U | Redeemed (part) | 12/30/16 | P1 | | See Part VIII |
| 484.  - Brookside Cap Partners Fd LP | G | Distribution | M | W | | | | | |
| 485.  - Kensico Associates LP | | None | P2 | U | | | | | |
| 486.  - Federated US Treas Rsv cash eq mutual fd | C | Dividend | P1 | T | Buy (add'l) | 01/22/16 | L | | |
| 487. | | | | | Buy (add'l) | 04/22/16 | K | | |
| 488. | | | | | Buy (add'l) | 07/08/16 | N | | |
| 489. | | | | | Buy (add'l) | 07/25/16 | K | | |
| 490. | | | | | Buy (add'l) | 09/28/16 | M | | |
| 491. | | | | | Buy (add'l) | 10/21/16 | P1 | | |
| 492. | | | | | Buy (add'l) | 10/24/16 | K | | |
| 493. | | | | | Buy (add'l) | 12/30/16 | P1 | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. | | | | | Sold (part) | 01/07/16 | O | | |
| 495. | | | | | Sold (part) | 03/29/16 | O | | |
| 496. | | | | | Sold (part) | 06/24/16 | N | | |
| 497. | | | | | Sold (part) | 07/25/16 | M | | |
| 498. | | | | | Sold (part) | 07/26/16 | M | | |
| 499. | | | | | Sold (part) | 09/23/16 | K | | |
| 500. | | | | | Sold (part) | 09/27/16 | M | | |
| 501. | | | | | Sold (part) | 09/28/16 | O | | |
| 502. | | | | | Sold (part) | 10/07/16 | P1 | | |
| 503. | | | | | Sold (part) | 12/28/16 | M | | |
| 504. - PAR Investment Partners LP (private equity) | | None | P2 | W | | | | | |
| 505. - Marathon Global Fd International Equity F(private equity) | E | Distribution | P1 | W | | | | | |
| 506. - Kabouter International Opportunities Fd II LLC (private equity) | | None | P1 | U | Buy (add'l) | 03/29/16 | O | | |
| 507. - Advnt International GPE VIII-B LP (private equity) (x) | | None | K | U | Buy | 09/23/16 | K | | |
| 508. - SPDR Gold Trust (GLD) ETF (x) | | None | N | T | Buy | 07/25/16 | M | | |
| 509. | | | | | Buy (add'l) | 07/26/16 | M | | |
| 510. Berkeley Cty SC Municipal bd | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 34 of 73

Name of Person Reporting

SARIS, PATTI B.

Date of Report

10/04/2017

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. Hawaii St Municipal Bds | D | Interest | M | T | | | | | |
| 512. Chatham Cty GA Municipal Bds | D | Interest | M | T | | | | | |
| 513. MA St College Bds Municipal Bds | D | Interest | M | T | | | | | |
| 514. Trust # 27 (H) | | | | | | | | | |
| 515. - Int in MECM Investments LLC (privately held) | B | Distribution | N | W | | | | | See Part VIII |
| 516. - Federated US Treas Cash Rsv cash equiv (mutual fd) | A | Dividend | J | T | Buy (add'l) | 01/06/16 | J | | |
| 517. | | | | | Buy (add'l) | 03/22/16 | J | | |
| 518. | | | | | Buy (add'l) | 06/22/16 | J | | |
| 519. | | | | | Buy (add'l) | 09/14/16 | J | | |
| 520. | | | | | Buy (add'l) | 12/23/16 | J | | |
| 521. | | | | | Sold (part) | 01/08/16 | J | | |
| 522. | | | | | Sold (part) | 03/11/16 | J | | |
| 523. | | | | | Sold (part) | 04/08/16 | J | | |
| 524. | | | | | Sold (part) | 04/15/16 | K | | |
| 525. | | | | | Sold (part) | 06/08/16 | J | | |
| 526. | | | | | Sold (part) | 07/12/16 | J | | |
| 527. | | | | | Sold (part) | 07/19/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 35 of 73

Name of Person Reporting

SARIS, PATTI B.

Date of Report

10/04/2017

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. | | | | | Sold (part) | 08/03/16 | K | | |
| 529. | | | | | Sold (part) | 08/25/16 | J | | |
| 530. | | | | | Sold (part) | 09/09/16 | J | | |
| 531. | | | | | Sold (part) | 09/15/16 | L | | |
| 532. | | | | | Sold (part) | 10/12/16 | J | | |
| 533. | | | | | Sold (part) | 11/08/16 | K | | |
| 534. | | | | | Sold (part) | 12/01/16 | J | | |
| 535. | | | | | Sold (part) | 12/30/16 | J | | |
| 536. - Vanguard Dvd Apprec Ind-adm (VDADX) | C | Dividend | M | T | | | | | |
| 537. - Vanguard Emerg Mkts Stock Indx-adm (VEMAX) mutual fd | C | Dividend | M | T | | | | | |
| 538. Trust # 28 (H) | | | | | | | | | |
| 539. - Int in MECM Investments LLC (privately held) | C | Distribution | N | W | | | | | See Part VIII |
| 540. - Federated US Treas Cash Rsv money mrkt (mutual fd) | A | Dividend | M | T | Buy (add'l) | 01/06/16 | J | | |
| 541. | | | | | Buy (add'l) | 03/22/16 | J | | |
| 542. | | | | | Buy (add'l) | 06/22/16 | J | | |
| 543. | | | | | Buy (add'l) | 09/13/16 | J | | |
| 544. | | | | | Buy (add'l) | 09/14/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

Name of Person Reporting

SARIS, PATTI B.

Date of Report

10/04/2017

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. | | | | | Buy (add'l) | 12/23/16 | J | | |
| 546. | | | | | Sold (part) | 01/08/16 | J | | |
| 547. | | | | | Sold (part) | 04/15/16 | M | | |
| 548. | | | | | Sold (part) | 06/08/16 | K | | |
| 549. | | | | | Sold (part) | 08/25/16 | K | | |
| 550. | | | | | Sold (part) | 09/12/16 | J | | |
| 551. - Vanguard Dvd Apprec Ind-adm (VDADX) | C | Dividend | M | T | | | | | |
| 552. - Vanguard Emerg Mkts Stock Indx-adm (VEMAX) mutual fd | C | Dividend | M | T | | | | | |
| 553. CX Partners Fd Limited (private eq) | G | Distribution | O | W | | | | | |
| 554. Hephaestion III LP | G | Distribution | O | U | Buy (add'l) | 01/14/16 | J | | |
| 555. | | | | | Buy (add'l) | 03/11/16 | L | | |
| 556. | | | | | Buy (add'l) | 03/29/16 | J | | |
| 557. | | | | | Buy (add'l) | 06/28/16 | J | | |
| 558. | | | | | Buy (add'l) | 10/05/16 | J | | |
| 559. Orion European Real Estate Fd III CV (priv eq) | F | Distribution | M | W | Buy (add'l) | 08/02/16 | K | | |
| 560. RBC (Royal Bank of Canada), bank accounts | E | Interest | P1 | T | | | | | |
| 561. Gold boullion | | None | P2 | T | Buy (add'l) | 10/14/16 | O | | See Part VIII-Amended FDR |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 37 of 73

Name of Person Reporting

SARIS, PATTI B.

Date of Report

10/04/2017

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. | | | | | Buy (add'l) | 11/02/16 | O | | |
| 563.  MECM Investments LLC (H) | | | | | | | | | |
| 564.  - Berkeley Cty SC Municipal Bds | D | Interest | M | T | | | | | |
| 565.  - Maine St Municipal Bds | D | Interest | M | T | | | | | |
| 566.  - Int in MECM Associates II LLC (privately held) | G | Distribution | P1 | W | | | | | See Part VIII |
| 567.  - Chatham Cty GA Municipal Bds | E | Interest | M | T | | | | | |
| 568.  - Gold Bullion | | None | P1 | T | | | | | |
| 569.  - Federated US Treas Cash Rsv cash equiv (mutual fd) | B | Dividend | O | T | Buy (add'l) | 01/06/16 | M | | |
| 570. | | | | | Buy (add'l) | 01/07/16 | O | | |
| 571. | | | | | Buy (add'l) | 01/19/16 | L | | |
| 572. | | | | | Buy (add'l) | 01/29/16 | J | | |
| 573. | | | | | Buy (add'l) | 02/01/16 | J | | |
| 574. | | | | | Buy (add'l) | 02/02/16 | K | | |
| 575. | | | | | Buy (add'l) | 02/04/16 | J | | |
| 576. | | | | | Buy (add'l) | 02/05/16 | J | | |
| 577. | | | | | Buy (add'l) | 02/08/16 | J | | |
| 578. | | | | | Buy (add'l) | 02/09/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. | | | | | Buy (add'l) | 02/11/16 | K | | |
| 580. | | | | | Buy (add'l) | 02/12/16 | K | | |
| 581. | | | | | Buy (add'l) | 02/19/16 | K | | |
| 582. | | | | | Buy (add'l) | 02/26/16 | J | | |
| 583. | | | | | Buy (add'l) | 03/03/16 | J | | |
| 584. | | | | | Buy (add'l) | 03/15/16 | J | | |
| 585. | | | | | Buy (add'l) | 03/18/16 | J | | |
| 586. | | | | | Buy (add'l) | 03/21/16 | K | | |
| 587. | | | | | Buy (add'l) | 03/28/16 | J | | |
| 588. | | | | | Buy (add'l) | 03/31/16 | J | | |
| 589. | | | | | Buy (add'l) | 04/08/16 | K | | |
| 590. | | | | | Buy (add'l) | 04/15/16 | K | | |
| 591. | | | | | Buy (add'l) | 04/18/16 | N | | |
| 592. | | | | | Buy (add'l) | 04/25/16 | J | | |
| 593. | | | | | Buy (add'l) | 04/27/16 | K | | |
| 594. | | | | | Buy (add'l) | 05/03/16 | K | | |
| 595. | | | | | Buy (add'l) | 05/04/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 596. | | | | | Buy (add'l) | 05/06/16 | J | | |
| 597. | | | | | Buy (add'l) | 05/12/16 | J | | |
| 598. | | | | | Buy (add'l) | 05/13/16 | K | | |
| 599. | | | | | Buy (add'l) | 05/16/16 | K | | |
| 600. | | | | | Buy (add'l) | 05/17/16 | J | | |
| 601. | | | | | Buy (add'l) | 05/18/16 | J | | |
| 602. | | | | | Buy (add'l) | 05/19/16 | J | | |
| 603. | | | | | Buy (add'l) | 06/02/16 | K | | |
| 604. | | | | | Buy (add'l) | 06/03/16 | J | | |
| 605. | | | | | Buy (add'l) | 06/14/16 | J | | |
| 606. | | | | | Buy (add'l) | 06/24/16 | K | | |
| 607. | | | | | Buy (add'l) | 06/29/16 | J | | |
| 608. | | | | | Buy (add'l) | 07/06/16 | J | | |
| 609. | | | | | Buy (add'l) | 07/08/16 | J | | |
| 610. | | | | | Buy (add'l) | 07/11/16 | K | | |
| 611. | | | | | Buy (add'l) | 07/14/16 | J | | |
| 612. | | | | | Buy (add'l) | 07/18/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. | | | | | Buy (add'l) | 07/27/16 | J | | |
| 614. | | | | | Buy (add'l) | 07/29/16 | K | | |
| 615. | | | | | Buy (add'l) | 08/08/16 | K | | |
| 616. | | | | | Buy (add'l) | 08/12/16 | K | | |
| 617. | | | | | Buy (add'l) | 08/15/16 | J | | |
| 618. | | | | | Buy (add'l) | 08/16/16 | J | | |
| 619. | | | | | Buy (add'l) | 08/17/16 | J | | |
| 620. | | | | | Buy (add'l) | 08/18/16 | J | | |
| 621. | | | | | Buy (add'l) | 08/19/16 | J | | |
| 622. | | | | | Buy (add'l) | 08/22/16 | J | | |
| 623. | | | | | Buy (add'l) | 08/25/16 | K | | |
| 624. | | | | | Buy (add'l) | 09/02/16 | J | | |
| 625. | | | | | Buy (add'l) | 09/06/16 | J | | |
| 626. | | | | | Buy (add'l) | 09/26/16 | J | | |
| 627. | | | | | Buy (add'l) | 09/27/16 | J | | |
| 628. | | | | | Buy (add'l) | 10/17/16 | J | | |
| 629. | | | | | Buy (add'l) | 10/18/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. | | | | | Buy (add'l) | 10/31/16 | K | | |
| 631. | | | | | Buy (add'l) | 11/07/16 | J | | |
| 632. | | | | | Buy (add'l) | 11/10/16 | J | | |
| 633. | | | | | Buy (add'l) | 11/14/16 | K | | |
| 634. | | | | | Buy (add'l) | 11/15/16 | K | | |
| 635. | | | | | Buy (add'l) | 11/18/16 | J | | |
| 636. | | | | | Buy (add'l) | 11/22/16 | K | | |
| 637. | | | | | Buy (add'l) | 11/29/16 | K | | |
| 638. | | | | | Buy (add'l) | 12/15/16 | K | | |
| 639. | | | | | Buy (add'l) | 12/21/16 | J | | |
| 640. | | | | | Buy (add'l) | 12/22/16 | K | | |
| 641. | | | | | Buy (add'l) | 12/23/16 | K | | |
| 642. | | | | | Buy (add'l) | 12/27/16 | J | | |
| 643. | | | | | Buy (add'l) | 12/28/16 | J | | |
| 644. | | | | | Buy (add'l) | 12/29/16 | J | | |
| 645. | | | | | Sold (part) | 01/04/16 | J | | |
| 646. | | | | | Sold (part) | 01/08/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647. | | | | | Sold (part) | 01/11/16 | K | | |
| 648. | | | | | Sold (part) | 01/20/16 | J | | |
| 649. | | | | | Sold (part) | 01/26/16 | J | | |
| 650. | | | | | Sold (part) | 02/01/16 | J | | |
| 651. | | | | | Sold (part) | 02/03/16 | K | | |
| 652. | | | | | Sold (part) | 02/10/16 | J | | |
| 653. | | | | | Sold (part) | 02/22/16 | K | | |
| 654. | | | | | Sold (part) | 02/25/16 | J | | |
| 655. | | | | | Sold (part) | 03/01/16 | K | | |
| 656. | | | | | Sold (part) | 03/09/16 | P1 | | |
| 657. | | | | | Sold (part) | 03/22/16 | K | | |
| 658. | | | | | Sold (part) | 03/29/16 | K | | |
| 659. | | | | | Sold (part) | 04/01/16 | J | | |
| 660. | | | | | Sold (part) | 04/04/16 | J | | |
| 661. | | | | | Sold (part) | 04/13/16 | K | | |
| 662. | | | | | Sold (part) | 04/26/16 | K | | |
| 663. | | | | | Sold (part) | 04/28/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

SARIS, PATTI B.

10/04/2017

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664. | | | | | Sold (part) | 05/02/16 | J | | |
| 665. | | | | | Sold (part) | 05/05/16 | K | | |
| 666. | | | | | Sold (part) | 05/10/16 | J | | |
| 667. | | | | | Sold (part) | 05/11/16 | J | | |
| 668. | | | | | Sold (part) | 05/20/16 | J | | |
| 669. | | | | | Sold (part) | 05/23/16 | J | | |
| 670. | | | | | Sold (part) | 05/27/16 | J | | |
| 671. | | | | | Sold (part) | 05/31/16 | J | | |
| 672. | | | | | Sold (part) | 06/01/16 | J | | |
| 673. | | | | | Sold (part) | 06/08/16 | O | | |
| 674. | | | | | Sold (part) | 06/10/16 | J | | |
| 675. | | | | | Sold (part) | 06/22/16 | J | | |
| 676. | | | | | Sold (part) | 06/27/16 | J | | |
| 677. | | | | | Sold (part) | 06/28/16 | J | | |
| 678. | | | | | Sold (part) | 06/30/16 | K | | |
| 679. | | | | | Sold (part) | 07/01/16 | J | | |
| 680. | | | | | Sold (part) | 07/08/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting

Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 681. | | | | | Sold (part) | 07/14/16 | K | | |
| 682. | | | | | Sold (part) | 07/15/16 | K | | |
| 683. | | | | | Sold (part) | 07/26/16 | K | | |
| 684. | | | | | Sold (part) | 07/27/16 | J | | |
| 685. | | | | | Sold (part) | 07/28/16 | K | | |
| 686. | | | | | Sold (part) | 08/01/16 | J | | |
| 687. | | | | | Sold (part) | 08/05/16 | J | | |
| 688. | | | | | Sold (part) | 08/26/16 | L | | |
| 689. | | | | | Sold (part) | 09/01/16 | J | | |
| 690. | | | | | Sold (part) | 09/20/16 | K | | |
| 691. | | | | | Sold (part) | 09/28/16 | K | | |
| 692. | | | | | Sold (part) | 09/30/16 | J | | |
| 693. | | | | | Sold (part) | 10/03/16 | J | | |
| 694. | | | | | Sold (part) | 10/05/16 | J | | |
| 695. | | | | | Sold (part) | 10/20/16 | J | | |
| 696. | | | | | Sold (part) | 10/26/16 | K | | |
| 697. | | | | | Sold (part) | 10/28/16 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698. | | | | | Sold (part) | 11/01/16 | J | | |
| 699. | | | | | Sold (part) | 11/03/16 | K | | |
| 700. | | | | | Sold (part) | 11/23/16 | J | | |
| 701. | | | | | Sold (part) | 12/01/16 | J | | |
| 702. | | | | | Sold (part) | 12/09/16 | K | | |
| 703. | | | | | Sold (part) | 12/21/16 | J | | |
| 704. | | | | | Sold (part) | 12/23/16 | K | | |
| 705. - Buckeye Partners LP, PTP | E | Dividend | M | T | Buy (add'l) | 10/24/16 | K | | |
| 706. | | | | | Sold (part) | 01/14/16 | K | A | |
| 707. | | | | | Sold (part) | 03/15/16 | J | B | |
| 708. | | | | | Sold (part) | 06/30/16 | J | B | |
| 709. - Williams Partners LP, PTP | C | Dividend | L | T | Buy (add'l) | 06/27/16 | K | | |
| 710. | | | | | Buy (add'l) | 07/05/16 | K | | |
| 711. | | | | | Buy (add'l) | 07/25/16 | K | | |
| 712. | | | | | Buy (add'l) | 09/23/16 | K | | |
| 713. | | | | | Buy (add'l) | 12/20/16 | K | | |
| 714. - DCP Midstream Partners LP, PTP | A | Dividend | | | Sold | 02/22/16 | K | | See Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715. - Enbridge Energy Partners LP, PTP | B | Dividend | | | Sold (part) | 01/26/16 | J | | See Part VIII |
| 716. | | | | | Sold (part) | 02/29/16 | J | | See Part VIII |
| 717. | | | | | Sold (part) | 03/16/16 | K | | See Part VIII |
| 718. | | | | | Sold | 07/22/16 | K | | See Part VIII |
| 719. - Energy Transfer Equity LP, PTP | D | Dividend | M | T | Buy (add'l) | 01/14/16 | K | | |
| 720. | | | | | Buy (add'l) | 12/16/16 | K | | |
| 721. | | | | | Sold (part) | 02/16/16 | J | | See Parv VIII |
| 722. | | | | | Sold (part) | 05/25/16 | J | | See Part VIII |
| 723. | | | | | Sold (part) | 05/27/16 | K | | See Part VIII |
| 724. - Enterprise Prods Partners LP, PTP | E | Dividend | M | T | Buy (add'l) | 06/22/16 | K | | |
| 725. | | | | | Sold (part) | 01/14/16 | J | A | |
| 726. | | | | | Sold (part) | 02/03/16 | J | B | |
| 727. - Magellan Midstream Partners, PTP | D | Dividend | M | T | Buy (add'l) | 08/30/16 | K | | |
| 728. | | | | | Sold (part) | 01/04/16 | K | E | |
| 729. | | | | | Sold (part) | 01/13/16 | K | E | |
| 730. | | | | | Sold (part) | 10/31/16 | J | C | |
| 731. - Markwest Energy LP, PTP - 2015 merged with MPLX, LP (y) | | | | | | | | | See Part VIII |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732.  - Plains All American Pipeline LP (PAA), PTP | E | Dividend | M | T | Buy (add'l) | 02/17/16 | J | | |
| 733. | | | | | Sold (part) | 04/29/16 | J | | See Parrt VIII |
| 734.  - Spectra Energy Partners LP, PTP | D | Dividend | L | T | Sold (part) | 01/28/16 | K | B | |
| 735. | | | | | Sold (part) | 02/01/16 | J | A | |
| 736. | | | | | Sold (part) | 04/28/16 | K | D | |
| 737. | | | | | Sold (part) | 07/11/16 | J | A | |
| 738. | | | | | Sold (part) | 08/31/16 | J | C | |
| 739. | | | | | Sold (part) | 10/12/16 | J | A | |
| 740.  - Sunoco Logistics Partners LP, PTP | D | Dividend | M | T | Buy (add'l) | 01/04/16 | K | | |
| 741. | | | | | Buy (add'l) | 06/23/16 | J | | |
| 742. | | | | | Sold (part) | 05/24/16 | J | C | |
| 743. | | | | | Sold (part) | 08/30/16 | K | C | |
| 744. | | | | | Sold (part) | 09/22/16 | J | | See Part VIII |
| 745.  - Targa Resources Partners LP, PTP (y) | | | | | | | | | See Part VIII |
| 746.  - Western Gas Partners LP, PTP | D | Dividend | L | T | Buy (add'l) | 01/06/16 | K | | |
| 747. | | | | | Sold (part) | 08/16/16 | J | C | |
| 748.  - Hawaii St bds, municipal bds | E | Interest | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 749. - MA St Dev Fin Agy Bds, municipal bds | E | Interest | M | T | Buy (add'l) | 08/03/16 | N | | |
| 750. | | | | | Sold (part) | 10/21/16 | N | | See Part VIII |
| 751. - WI St Trans Rev Bds, municipal bds | E | Interest | M | T | | | | | |
| 752. - Charleston Cty SC municipal bds | D | Interest | N | T | | | | | |
| 753. - Energy Northwest WA Elec Rev municipal bds | D | Interest | M | T | | | | | |
| 754. - Frederick Cty MD municipal bds | A | Interest | J | T | | | | | |
| 755. - MFB Northern Funds mun money mkt (cash equiv) | A | Dividend | | | Sold (part) | 09/30/16 | M | | See Part VIII |
| 756. | | | | | Sold | 09/30/16 | M | | See Part VIII |
| 757. - Vanguard Energy Fd-Adm (mutual fd) | D | Dividend | O | T | | | | | |
| 758. - Lone Star Real Estate Fd II (U.S.), LP (priv equity) | F | Distribution | M | W | Buy (add'l) | 04/13/16 | K | | |
| 759. - Lone Star Fund VII (U.S.), LP (priv equity) | G | Distribution | M | W | | | | | |
| 760. - PS Opportunities Onshore LP (priv equity) | | None | P1 | W | | | | | |
| 761. - Oiltanking Partners LP (PTP )-'15 mrgd Entrprse Prod Prtns (y) | | | | | | | | | See Part VIII |
| 762. - Tesoro Logistics LP (PTP) | D | Dividend | M | T | Buy (add'l) | 06/06/16 | J | | |
| 763. | | | | | Buy (add'l) | 12/28/16 | K | | |
| 764. | | | | | Sold (part) | 03/11/16 | J | A | |
| 765. | | | | | Sold (part) | 04/22/16 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**     Name of Person Reporting     Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 766. - MPLX LP (PTP) | D | Dividend | M | T | Buy (add'l) | 01/29/16 | K | | |
| 767. | | | | | Buy (add'l) | 03/07/16 | K | | |
| 768. | | | | | Sold (part) | 04/22/16 | J | | See Part VIII |
| 769. | | | | | Sold (part) | 05/05/16 | J | | See Part VIII |
| 770. | | | | | Sold (part) | 10/26/16 | J | | See Part VIII |
| 771. - Western Gas Equity Partners LP (PTP) | B | Dividend | J | T | Sold (part) | 08/22/16 | K | C | |
| 772. - EQT Midstream Partners, LP (PTP) | D | Dividend | M | T | Buy (add'l) | 05/24/16 | K | | |
| 773. - Williams Cos Inc common (WMB) | D | Dividend | M | T | Buy (add'l) | 01/13/16 | K | | |
| 774. | | | | | Buy (add'l) | 05/25/16 | K | | |
| 775. | | | | | Buy (add'l) | 07/21/16 | K | | |
| 776. | | | | | Buy (add'l) | 08/02/16 | K | | |
| 777. | | | | | Sold (part) | 02/08/16 | J | | See Part VIII |
| 778. | | | | | Sold (part) | 12/12/16 | K | | See Part VIII |
| 779. - PA Econ Dev Fing Auth municipal bds | D | Interest | M | T | | | | | |
| 780. - Falcon Edge Global, LP (private equity) | G | Distribution | K | W | Redeemed (part) | 01/15/16 | O | | See Part VIII |
| 781. | | | | | Redeemed (part) | 03/31/16 | N | | See Part VIII |
| 782. - University Utah University Revs (municipal Bds) | E | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 783. - MA St Sch Bldg Auth (muniicpal bds) | D | Interest | M | T | | | | | |
| 784. - Frontier MFG Global Equity Fd Instl (FMGEX) mutual fd | G | Dividend | P1 | T | Buy (add'l) | 03/08/16 | O | | Part VIII |
| 785. | | | | | Buy (add'l) | 12/20/16 | L | | |
| 786. - Genesis Energy LP (GEL) (PTP) | D | Dividend | L | T | Buy (add'l) | 07/22/16 | K | | |
| 787. - Oneok Inc, com (OKE) | B | Dividend | | | Sold (part) | 01/27/16 | J | | See Part VIII |
| 788. | | | | | Sold (part) | 05/24/16 | K | | See Part VIII |
| 789. | | | | | Sold (part) | 06/21/16 | K | D | |
| 790. | | | | | Sold | 07/26/16 | K | D | |
| 791. - Phillips 66 Partners LP (PSXP) (PTP) | C | Dividend | M | T | Buy (add'l) | 05/04/16 | K | | |
| 792. | | | | | Buy (add'l) | 08/23/16 | K | | |
| 793. - Plains GP Holdings LP (PAGP) (PTP) | A | Dividend | | | Buy (add'l) | 03/30/16 | K | | |
| 794. | | | | | Sold | 08/03/16 | K | D | |
| 795. - Valero Energy Partners LP (VLP) (PTP) | B | Dividend | K | T | Buy (add'l) | 02/17/16 | J | | |
| 796. - Morehead St Univ KY municipal bds | D | Interest | M | T | | | | | |
| 797. - Pennsylvania St municipal bds | E | Interest | M | T | | | | | |
| 798. - Stratford CT municipal bds | D | Interest | M | T | | | | | |
| 799. - TX Transn Commn St Hwy Fd municipal bds | D | Interest | | | Sold | 04/18/16 | M | C | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐　NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 800. - Western Mich Univ Rev municipal bds | D | Interest | M | T | | | | | |
| 801. - Will Cnty ILL Comnty Sch Dist municipal bds | D | Interest | | | Sold | 01/05/16 | M | A | |
| 802. - DL Partners Opportunities Fd LP (private eq) | | None | P1 | W | | | | | |
| 803. - Antero Midstream Partners LP (AM) (PTP) | B | Dividend | L | T | | | | | |
| 804. - Dominion Midstream Partners LP (DM) (PTP) | B | Dividend | L | T | Buy (add'l) | 10/31/16 | K | | |
| 805. - Shell Midstream Partners LP (SHLX) (PTP) | C | Dividend | L | T | Buy (add'l) | 03/23/16 | K | | |
| 806. - Forsyth Cnty GA municipal bds | E | Interest | M | T | | | | | |
| 807. - Franklin IND Cmnty-Sch Bldg municipal bds | D | Interest | M | T | | | | | |
| 808. - Maryland St municipal bds | C | Interest | M | T | Buy (add'l) | 06/24/16 | M | | |
| 809. | | | | | Sold (part) | 03/02/16 | M | C | |
| 810. - Massachusetts St Cons Ln municipal bds | D | Interest | | | Sold | 11/01/16 | M | | See Part VIII |
| 811. - Pasadena TX municipal bds | D | Interest | | | Sold | 08/05/16 | N | D | |
| 812. - Waseca MN Indpt Sch Dist municipal bds | D | Interest | M | T | | | | | |
| 813. - Edgbaston Asian Equity Trust (private eq) | E | Interest | P1 | W | | | | | |
| 814. - Columbia Pipeline Partners LP (CPPL) (PTP) | E | Dividend | | | Sold (part) | 04/22/16 | J | | See Part VIII |
| 815. | | | | | Sold (part) | 06/09/16 | J | | See Part VIII |
| 816. | | | | | Sold | 11/17/16 | K | | See Part VIII |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 817. - Enlink Midstream LLC (ENLC) (PTP) | A | Dividend | | | Sold | 02/05/16 | K | | See Part VIII |
| 818. - EQT GP Holding LP (EQGP) (PTP) | A | Dividend | K | T | | | | | |
| 819. - Oneok Partners LP (OKS) (PTP) | D | Dividend | M | T | Buy (add'l) | 01/13/16 | J | | |
| 820. | | | | | Buy (add'l) | 02/03/16 | J | | |
| 821. | | | | | Buy (add'l) | 03/11/16 | J | | |
| 822. | | | | | Buy (add'l) | 04/25/16 | J | | |
| 823. | | | | | Buy (add'l) | 07/12/16 | K | | |
| 824. | | | | | Buy (add'l) | 09/30/16 | J | | |
| 825. - Targa Resources Corp (TRGP), common stock | B | Dividend | L | T | Buy (add'l) | 02/05/16 | K | | |
| 826. | | | | | Sold (part) | 03/30/16 | K | | See Part VIII |
| 827. | | | | | Sold (part) | 04/12/16 | K | D | |
| 828. - Energy Transfer Partners LP (ETP), PTP (x) | D | Dividend | L | T | Buy | 02/17/16 | K | | |
| 829. | | | | | Buy (add'l) | 02/22/16 | K | | |
| 830. | | | | | Buy (add'l) | 02/25/16 | K | | |
| 831. | | | | | Buy (add'l) | 03/30/16 | K | | |
| 832. | | | | | Buy (add'l) | 04/21/16 | K | | |
| 833. | | | | | Sold (part) | 12/16/16 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|

SARIS, PATTI B.

10/04/2017

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 834. - Noble Midstream Partners LP (NBLX), PTP (x) | | None | J | T | Buy | 09/15/16 | J | | |
| 835. | | | | | Buy (add'l) | 09/27/16 | J | | |
| 836. - Tallgrass Energy Partners LP (TEP), PTP (x) | B | Dividend | L | T | Buy | 05/02/16 | K | | |
| 837. | | | | | Buy (add'l) | 05/06/16 | J | | |
| 838. | | | | | Buy (add'l) | 05/17/16 | J | | |
| 839. | | | | | Buy (add'l) | 05/18/16 | K | | |
| 840. | | | | | Buy (add'l) | 05/27/16 | J | | |
| 841. - Tallgrass Energy CP LP (TEGP) Cl A shares (z) | | None | K | T | Buy | 11/17/16 | J | | |
| 842. - Indiana Mun Pwer Agy Pwer Supply Sys Rev muni bonds (x) | A | Interest | | | Buy | 02/12/16 | M | | |
| 843. | | | | | Sold | 04/12/16 | M | A | |
| 844. - Massachusetts Bay Transn Auth MA Rev municipal bds (x) | D | Interest | M | T | Buy | 08/18/16 | N | | |
| 845. - Massachusetts St municipal bonds (x) | D | Interest | N | T | Buy | 03/04/16 | N | | |
| 846. | | | | | Buy (add'l) | 07/29/16 | N | | |
| 847. | | | | | Sold (part) | 10/07/16 | N | B | |
| 848. - New York St Dorm Auth St Pers Inc Tax Rev municipal bds (x) | B | Interest | N | T | Buy | 10/07/16 | N | | |
| 849. - New York St Twy Auth Gen Rev Jr municipal bds (x) | B | Interest | | | Buy | 05/05/16 | N | | |
| 850. | | | | | Sold | 07/20/16 | N | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 10/04/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 851. - Oakland Univ Mich Rev municipal fds (x) | D | Interest | M | T | Buy | 06/03/16 | M | | |
| 852. - Phoenix Ariz Civic Impt Corp Wastewater Sys Rev muni bds (x) | A | Interest | | | Buy | 11/02/16 | N | | |
| 853. | | | | | Sold | 12/15/16 | N | | See Part VIII |
| 854. - Snohomish Cnty Wash Sch Dist municipal bds (x) | C | Interest | M | T | Buy | 06/17/16 | M | | |
| 855. - Union Cnty NJ municipal bds (x) | C | Interest | N | T | Buy | 06/14/16 | N | | |
| 856. - MFB Northern Funds US Govt money mkt (cash equiv) (x) | A | Dividend | O | T | Buy | 09/30/16 | M | | See Part VIII |
| 857. | | | | | Buy (add'l) | 12/31/16 | O | | See Part VIII |
| 858. MECM Associates II LLC (H) | | | | | | | | | |
| 859. - Baupost Value Partners LP II | | None | P1 | W | | | | | |
| 860. - Elliott Associates LP | | None | P1 | W | | | | | |
| 861. - HighVista I LP | | None | P1 | W | | | | | |
| 862. - Penta Asia Long Short Fd Ltd LP | | None | L | W | Redeemed (part) | 06/24/16 | J | | |
| 863. | | | | | Redeemed (part) | 08/16/16 | J | | |
| 864. | | | | | Redeemed (part) | 09/16/16 | J | | |
| 865. - X Investment Holdings co Ltd LP | | None | N | W | | | | | |
| 866. - Federated US Teas Cash Rsv cash equiv (mutual fd) | A | Dividend | M | T | Buy (add'l) | 06/17/16 | J | | |
| 867. | | | | | Buy (add'l) | 08/16/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 868. | | | | | Buy (add'l) | 09/16/16 | J | | |
| 869. | | | | | Sold (part) | 01/06/16 | P1 | | |
| 870. | | | | | Sold (part) | 10/26/16 | J | | |
| 871. - Vanguard Dvd Apprec Ind-adm (VDADX) mutual fd | C | Dividend | M | T | | | | | |
| 872. First Republic Bank, bank account (cash account) | A | Interest | K | T | | | | | |
| 873. Perry Partners, LP (private equity) | D | Distribution | K | U | | | | | |
| 874. Local Motors Inc Ser B pfd stock | | None | M | T | | | | | |
| 875. Local Motors Inc Ser C pfd stock | | None | N | T | | | | | |
| 876. Adorme Inc-seed pfd (fka WebcamGen Inc Ser A pfd) clsly held | | None | K | T | | | | | |
| 877. Highland Capital Partners VIII, LP | | None | N | U | Buy (add'l) | 09/16/16 | J | | |
| 878. | | | | | Buy (add'l) | 12/21/16 | J | | |
| 879. New Jersey St bds, municipal bds | D | Interest | N | T | | | | | |
| 880. Charleston Cty SC municipal bds | D | Interest | M | T | | | | | |
| 881. Energy Northwest WA municipal bds | D | Interest | M | T | | | | | |
| 882. MA St Sch Bldg municipal bds | D | Interest | M | T | | | | | |
| 883. Medina Cty OH municipal bds | D | Interest | N | T | | | | | |
| 884. Oregon St municipal bds | D | Interest | N | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000   E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market |
| | U =Book Value | V =Other | W =Estimated | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 885. Vanguard Energy Fd-Adm (mutual fd) | E | Dividend | P1 | T | | | | | |
| 886. Artemis Real Est Partnrs Fd 1 LP | G | Distribution | O | W | | | | | |
| 887. Prosperitas Real Est Partners III LP (private equity) | A | Distribution | L | W | | | | | |
| 888. Prosperitas Real Est Partners IIIA LP (private equity) | A | Distribution | L | W | | | | | |
| 889. Prosperitas Real Est Partners IIIB LP (private equity) | A | Distribution | L | W | | | | | |
| 890. PS Opportunities Onshore LP (priv equity) | | None | P1 | U | | | | | |
| 891. Liveprocess Corp Ser B pfd | | None | J | W | | | | | |
| 892. USHI Incorporated ord shs (closely held stock) | | None | | | | | | | See Part VIII |
| 893. Trust # 29 (H) | | | | | | | | | |
| 894. - Plymouth Rock Co Inc OC Cl A com stock (closely held) | F | Dividend | P2 | T | | | | | |
| 895. - Federated US Treas Cash Rsv cash equiv mutual fund | A | Dividend | L | T | Buy (add'l) | 01/07/16 | M | | |
| 896. | | | | | Buy (add'l) | 01/20/16 | L | | |
| 897. | | | | | Buy (add'l) | 02/12/16 | M | | |
| 898. | | | | | Buy (add'l) | 03/15/16 | K | | |
| 899. | | | | | Buy (add'l) | 03/31/16 | J | | |
| 900. | | | | | Buy (add'l) | 05/27/16 | K | | |
| 901. | | | | | Buy (add'l) | 09/16/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

FINANCIAL DISCLOSURE REPORT

Name of Person Reporting
SARIS, PATTI B.

Date of Report
10/04/2017

Page 57 of 73

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 902. | | | | | Buy (add'l) | 12/22/16 | K | | |
| 903. | | | | | Buy (add'l) | 12/28/16 | M | | |
| 904. | | | | | Sold (part) | 01/04/16 | J | | |
| 905. | | | | | Sold (part) | 01/06/16 | K | | |
| 906. | | | | | Sold (part) | 01/11/16 | L | | |
| 907. | | | | | Sold (part) | 02/01/16 | J | | |
| 908. | | | | | Sold (part) | 03/01/16 | J | | |
| 909. | | | | | Sold (part) | 03/22/16 | K | | |
| 910. | | | | | Sold (part) | 04/11/16 | J | | |
| 911. | | | | | Sold (part) | 05/02/16 | J | | |
| 912. | | | | | Sold (part) | 06/01/16 | J | | |
| 913. | | | | | Sold (part) | 07/01/16 | J | | |
| 914. | | | | | Sold (part) | 07/14/16 | K | | |
| 915. | | | | | Sold (part) | 08/01/16 | J | | |
| 916. | | | | | Sold (part) | 08/26/16 | K | | |
| 917. | | | | | Sold (part) | 09/01/16 | J | | |
| 918. | | | | | Sold (part) | 09/29/16 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 10/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 919. | | | | | Sold (part) | 10/03/16 | J | | |
| 920. | | | | | Sold (part) | 11/01/16 | J | | |
| 921. | | | | | Sold (part) | 12/01/16 | J | | |
| 922. | | | | | Sold (part) | 12/09/16 | K | | |
| 923. | | | | | Sold (part) | 12/29/16 | N | | |
| 924. - Hephaestion IV LP (private equity | G | Distribution | O | U | Buy (add'l) | 01/11/16 | L | | |
| 925. | | | | | Buy (add'l) | 09/29/16 | K | | |
| 926. - MECM Assoc LLC (privately held) | G | Distribution | P4 | W | | | | | See Part VIII-Amended FDR |
| 927. - Independent Franchise Partners US Eq Fd (IFPUX) mutual fd | F | Dividend | P1 | T | Buy (add'l) | 12/20/16 | L | | |
| 928. Trust # 30 (H) | | | | | | | | | |
| 929. - Federated US Treas Cash Rsv cash equiv mutual fd | A | Dividend | J | T | Sold (part) | 11/21/16 | J | | |
| 930. - Int in MECM Assoc II LLC (privately held) | G | Distribution | P1 | W | | | | | See Part VIII |
| 931. Trust # 31 (H) | | | | | | | | | |
| 932. - Vanguard Dvd Apprec Ind-adm (VDADX) mutual fd | C | Dividend | M | T | | | | | |
| 933. - Vanguard Emerg Mkts Stock Indx-adm (VEMAX) mutual fd | C | Dividend | M | T | | | | | |
| 934. - Int in MECM Investments LLC (privately held) | C | Distribution | N | W | | | | | See Part VIII |
| 935. - Federated US Treas Cash Rsv cash eq mutual fd | A | Dividend | N | T | Buy (add'l) | 01/06/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 10/04/2017 |

## VII. INVESTMENTS and TRUSTS — _income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 936. | | | | | Buy (add'l) | 03/22/16 | J | | |
| 937. | | | | | Buy (add'l) | 06/22/16 | J | | |
| 938. | | | | | Buy (add'l) | 09/14/16 | J | | |
| 939. | | | | | Buy (add'l) | 12/23/16 | J | | |
| 940. | | | | | Sold (part) | 01/07/16 | J | | |
| 941. | | | | | Sold (part) | 01/15/16 | J | | |
| 942. | | | | | Sold (part) | 01/20/16 | J | | |
| 943. | | | | | Sold (part) | 02/16/16 | J | | |
| 944. | | | | | Sold (part) | 03/15/16 | J | | |
| 945. | | | | | Sold (part) | 04/06/16 | J | | |
| 946. | | | | | Sold (part) | 04/08/16 | J | | |
| 947. | | | | | Sold (part) | 04/15/16 | J | | |
| 948. | | | | | Sold (part) | 05/16/16 | J | | |
| 949. | | | | | Sold (part) | 07/14/16 | J | | |
| 950. | | | | | Sold (part) | 08/03/16 | K | | |
| 951. | | | | | Sold (part) | 10/05/16 | K | | |
| 952. | | | | | Sold (part) | 11/30/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 60 of 73 | SARIS, PATTI B. | 10/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 953. Hephaestion IV LP (private equity) | G | Distribution | P1 | U | Buy (add'l) | 01/11/16 | M | | |
| 954. | | | | | Buy (add'l) | 09/29/16 | K | | |
| 955. Learn Our History LLC (private equity) | | None | K | W | | | | | |
| 956. Patagonia Sur, LLC (private equity) | E | Distribution | M | U | | | | | |
| 957. Tekne Partners, LP (private equity) | | None | P1 | U | Redeemed (part) | 07/18/16 | P1 | | See Part VIII |
| 958. Lime Rock Partners VI LP (private equity) | D | Distribution | P1 | U | Buy (add'l) | 03/23/16 | K | | |
| 959. | | | | | Buy (add'l) | 06/02/16 | M | | |
| 960. | | | | | Buy (add'l) | 06/24/16 | J | | |
| 961. | | | | | Buy (add'l) | 09/23/16 | L | | |
| 962. | | | | | Buy (add'l) | 12/29/16 | J | | |
| 963. Metropolican St Louis, MO municipal fd | D | Interest | M | T | | | | | |
| 964. PA Econ Dev Auth municipal bds | D | Interest | M | T | | | | | |
| 965. Glidewell Ltd Ser A Pfd stock | | None | J | T | | | | | |
| 966. HST Solar Farms Inc Conv Note (closely held) | | None | | | Redeemed | 10/16/16 | K | | See Part VIII |
| 967. Local Motors Inc Conv Note (closely held) | | None | | | | | | | See Part VIII |
| 968. Trust # 32 (H) | | | | | | | | | |
| 969. - Int in MECM Investments LLC (closely held) | C | Distribution | N | W | | | | | See Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 10/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 970. - Vanguard Dvd Apprec Ind-adm (VDADX) mutual fd | C | Dividend | M | T | | | | | |
| 971. - Vanguard Emerg Mkts Stock Indx-adm (VEMAX mutual fund | C | Dividend | M | T | | | | | |
| 972. - Federated US Treas Cash Rsv, cash equiv mutual fd | A | Dividend | M | T | Buy (add'l) | 01/06/16 | J | | |
| 973. | | | | | Buy (add'l) | 03/22/16 | J | | |
| 974. | | | | | Buy (add'l) | 06/22/16 | J | | |
| 975. | | | | | Buy (add'l) | 08/12/16 | J | | |
| 976. | | | | | Buy (add'l) | 09/14/16 | J | | |
| 977. | | | | | Buy (add'l) | 12/23/16 | J | | |
| 978. | | | | | Sold (part) | 01/15/16 | J | | |
| 979. | | | | | Sold (part) | 02/17/16 | J | | |
| 980. | | | | | Sold (part) | 04/15/16 | J | | |
| 981. | | | | | Sold (part) | 05/16/16 | J | | |
| 982. | | | | | Sold (part) | 06/14/16 | J | | |
| 983. | | | | | Sold (part) | 07/18/16 | K | | |
| 984. | | | | | Sold (part) | 08/15/16 | J | | |
| 985. | | | | | Sold (part) | 08/16/16 | J | | |
| 986. | | | | | Sold (part) | 09/15/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 10/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 987. | | | | | Sold (part) | 10/17/16 | J | | |
| 988. | | | | | Sold (part) | 11/29/16 | J | | |
| 989. | | | | | Sold (part) | 12/13/16 | J | | |
| 990. | | | | | Sold (part) | 12/15/16 | K | | |
| 991. University Utah University Revs municipal bds | D | Interest | M | T | | | | | |
| 992. Acacia Conservation Fund LP (private equity) | | None | P1 | W | | | | | |
| 993. Caravel Fund (Onshore) LP (private equity) | | None | | | Redeemed (part) | 01/22/16 | P1 | | See Part VIII |
| 994. | | | | | Redeemed | 04/20/16 | M | | See Part VIII |
| 995. Compass DRR Mexico F1-2 Limited (private equity) | | None | N | W | | | | | |
| 996. Frontier MFG Global Equity Fd Inst (FMGEX) mutual fd | | None | | | Donated | | | | See Part VIII |
| 997. Independent Franchise Partners US Equity (IFPUX) mutual fd | | None | | | Donated | | | | |
| 998. Innovation works Development Fd II, LP (private equity) | | None | O | U | Buy (add'l) | 01/06/16 | L | | |
| 999. | | | | | Buy (add'l) | 04/07/16 | L | | |
| 1000. Kensico Associates LP (private equity) | | None | P1 | U | Redeemed (part) | 07/01/16 | P1 | | See Part VIII |
| 1001. Lone Star Fund VIII (US) LP (private equity) | G | Distribution | P1 | U | Buy (add'l) | 03/31/16 | L | | |
| 1002. | | | | | Buy (add'l) | 12/28/16 | L | | |
| 1003. Marathon Global Fd International Eq (private equity) | H1 | Distribution | O | U | Sold (part) | 01/14/16 | J | | See Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 10/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1004. | | | | | Sold (part) | 03/18/16 | J | | See Part VIII |
| 1005. | | | | | Sold (part) | 05/18/16 | J | A | |
| 1006. | | | | | Sold (part) | 08/17/16 | J | A | |
| 1007. | | | | | Sold (part) | 09/12/16 | J | A | |
| 1008. | | | | | Sold (part) | 11/09/16 | J | A | |
| 1009. | | | | | Sold (part) | 11/15/16 | J | A | |
| 1010. RNPF Co Invest LLC (private equity) | | None | N | U | Buy (add'l) | 08/19/16 | J | | |
| 1011. RP Holdings Fund II, LLC (private equity) | G | Distribution | L | U | | | | | |
| 1012. Velos Partners Fund I LP (private equity) | | None | N | U | Buy (add'l) | 03/31/16 | J | | |
| 1013. | | | | | Buy (add'l) | 07/01/16 | J | | |
| 1014. | | | | | Buy (add'l) | 10/03/16 | J | | |
| 1015. | | | | | Buy (add'l) | 12/15/16 | J | | |
| 1016. Morehead St Univ KY municipal bds | D | Interest | M | T | | | | | |
| 1017. Stratford CT municipal bds | D | Interest | M | T | | | | | |
| 1018. TX Transn Commn St Hwy Fd municipal bds | C | Interest | | | Sold | 04/18/16 | M | D | |
| 1019. Artemis Real Est Partnrs Fd II LP (private eq | | None | N | U | Buy (add'l) | 03/02/16 | K | | |
| 1020. | | | | | Buy (add'l) | 04/14/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **SARIS, PATTI B.** | 10/04/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1021. | | | | | Buy (add'l) | 05/31/16 | J | | |
| 1022. | | | | | Buy (add'l) | 07/05/16 | K | | |
| 1023. | | | | | Buy (add'l) | 08/03/16 | K | | |
| 1024. | | | | | Buy (add'l) | 10/14/16 | K | | |
| 1025. | | | | | Buy (add'l) | 11/02/16 | K | | |
| 1026. | | | | | Buy (add'l) | 11/23/16 | K | | |
| 1027. Kildare European Partners I, LP (private eq) | G | Distribution | O | U | Buy (add'l) | 03/31/16 | J | | |
| 1028. | | | | | Buy (add'l) | 05/25/16 | M | | |
| 1029. | | | | | Buy (add'l) | 10/07/16 | J | | |
| 1030. Lone Star Real Estate Fund III (US), LP (private eq) | G | Distribution | P1 | U | Buy (add'l) | 03/10/16 | K | | |
| 1031. | | | | | Buy (add'l) | 04/15/16 | K | | |
| 1032. | | | | | Buy (add'l) | 05/04/16 | L | | |
| 1033. | | | | | Buy (add'l) | 09/06/16 | J | | |
| 1034. | | | | | Buy (add'l) | 11/21/16 | J | | |
| 1035. | | | | | Buy (add'l) | 12/02/16 | J | | |
| 1036. MP Fund I LP (private eq) | | None | M | U | | | | | |
| 1037. Proclara Biosciences Inc Ser D pfd stock (fka Neurophage Pharmls) | | None | K | T | | | | | See Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **SARIS, PATTI B.** | 10/04/2017 |

# VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1038. Orion European Real Estate Fd IV CV (private eq) | G | Distribution | O | U | Buy (add'l) | 06/01/16 | K | | |
| 1039. | | | | | Buy (add'l) | 12/02/16 | K | | |
| 1040. Barclays Bank, bank account (cash account) | | None | J | T | | | | | |
| 1041. Bookhost Inc Simple Agreement for Future Equity rts in pfd stock | | None | | | Redeemed | 08/24/16 | K | | See Part VIII |
| 1042. Local Morots Inc Ser B-1 pfd (closely held) | | None | N | T | | | | | |
| 1043. Proclara Biosciences Inc Ser E pfd stock (fka Neurophage Pharmls) | | None | K | T | Buy (add'l) | 09/12/16 | K | | See Part VIII |
| 1044. CourtScribes Inc Ser A prim pfd (Delaware Corp) | | None | K | T | | | | | |
| 1045. Glidewell Ltd Ser B pfd Stock | | None | J | T | | | | | |
| 1046. Instinct Hlth Science Seed-1 pfd (privately held) | | None | J | W | | | | | |
| 1047. Instinct Hlth Science Seed-2 pfd (privately held) | | None | J | W | | | | | |
| 1048. Blackivy LLC (private eq) | | None | N | W | Buy (add'l) | 02/11/16 | M | | |
| 1049. | | | | | Buy (add'l) | 09/29/16 | M | | |
| 1050. Castlelake IV LP (private eq) | | None | P1 | W | Buy (add'l) | 03/16/16 | N | | See Part VIII |
| 1051. | | | | | Buy (add'l) | 06/22/16 | M | | |
| 1052. | | | | | Buy (add'l) | 08/10/16 | M | | |
| 1053. | | | | | Buy (add'l) | 12/07/16 | N | | |
| 1054. CL IV Inc LLC (private eq) | | None | M | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 10/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1055. Coastal Force Invt in Real Estate LP (private eq) | | None | O | U | | | | | |
| 1056. Lime Rock Partners VII LP (private eq) | G | Distribution | O | U | Buy (add'l) | 04/01/16 | M | | |
| 1057. | | | | | Buy (add'l) | 04/27/16 | M | | |
| 1058. | | | | | Buy (add'l) | 05/20/16 | M | | |
| 1059. | | | | | Buy (add'l) | 06/29/16 | J | | |
| 1060. | | | | | Buy (add'l) | 09/06/16 | K | | |
| 1061. | | | | | Buy (add'l) | 09/22/16 | M | | |
| 1062. | | | | | Buy (add'l) | 10/14/16 | K | | |
| 1063. | | | | | Buy (add'l) | 12/16/16 | K | | |
| 1064. Lone Star IX (US), LP (private eq) | G | Distribution | P1 | U | Buy (add'l) | 02/01/16 | K | | |
| 1065. | | | | | Buy (add'l) | 02/29/16 | M | | |
| 1066. | | | | | Buy (add'l) | 04/12/16 | O | | |
| 1067. | | | | | Buy (add'l) | 07/14/16 | M | | |
| 1068. | | | | | Buy (add'l) | 09/21/16 | K | | |
| 1069. | | | | | Buy (add'l) | 10/05/16 | M | | |
| 1070. Longpoint Realty Partners LP CL B (private eq) | | None | P1 | U | | | | | |
| 1071. Forsyth Cnty GA municipal bds | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 10/04/2017 |

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1072. Forsyth Cnty GA Sch Dist municipal bds | C | Interest | | | Matured | 06/01/16 | M | | See Part VIII |
| 1073. King Cnty WA Sch Dist municipal bds | C | Interest | M | T | | | | | |
| 1074. Maryland St municipal bds | D | Interest | N | T | Sold (part) | 03/02/16 | L | B | |
| 1075. | | | | | Buy (add'l) | 07/24/16 | N | | |
| 1076. Waseca MN Indpt Sch Dist municipal bds | C | Interest | M | T | | | | | |
| 1077. Franklin IND Cmonty Sch Bldg municipal bds | B | Interest | L | T | | | | | |
| 1078. Pasadena, TX municipal bds | B | Interest | | | Sold | 08/05/16 | M | D | |
| 1079. IRA Rollover # 2 (H) | | | | | | | | | |
| 1080. - Federated Govt Obli Fed cash equiv mutual fd | | None | | | Buy (add'l) | 03/04/16 | J | | |
| 1081. | | | | | Buy (add'l) | 08/17/16 | M | | |
| 1082. | | | | | Sold (part) | 01/21/16 | K | | |
| 1083. | | | | | Sold (part) | 02/19/16 | K | | |
| 1084. | | | | | Sold (part) | 08/19/16 | M | | |
| 1085. | | | | | Sold | 10/28/16 | J | | |
| 1086. - Vanguard Tot Wld Stk Ind-inv (VTWSX) mutual fd | B | Dividend | | | Buy (add'l) | 01/20/16 | K | | |
| 1087. | | | | | Buy (add'l) | 02/18/16 | K | | |
| 1088. | | | | | Sold (part) | 03/03/16 | J | | See Part VIII |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1089. | | | | | Sold | 08/16/16 | M | D | |
| 1090. - Vanguard Total Wrld Stock Idx Fd (VT) mutial fd (x) | B | Dividend | M | T | Buy | 08/16/16 | M | | |
| 1091. - Federated U S Treas Cash Rsv mm Fd (cash equiv) (x) | | None | J | T | Buy | 10/31/16 | J | | |
| 1092. Trust # 33 (H) (x) | | | | | | | | | |
| 1093. - Plymouth Rock Co Inc OC Cl A - common stock (x) | G | Dividend | P2 | T | Open | 03/08/16 | P2 | | See Part VIII |
| 1094. - Federated Govt Obli Fd cash equiv mutual fd (x) | A | Dividend | | | Buy | 03/14/16 | M | | |
| 1095. | | | | | Buy (add'l) | 09/15/16 | M | | |
| 1096. | | | | | Sold | 10/28/16 | N | | |
| 1097. - Federated US Treas Cash Rsv mutual fd (cash equiv) (x) | A | Dividend | N | T | Buy | 10/31/16 | N | | |
| 1098. Guesty Inc Ser A pfd stock (x) | | None | K | T | Buy | 08/24/16 | K | | See Part VIII |
| 1099. HST Solar Farms Inc Ser A-2 Pfd (closely held) (x) | | None | M | W | Buy | 10/06/16 | L | | |
| 1100. SPDR Gold Trust (GLD) ETF (x) | | None | | | Buy | 07/20/16 | O | | |
| 1101. | | | | | Buy (add'l) | 07/21/16 | O | | |
| 1102. | | | | | Sold (part) | 10/14/16 | O | | See Part VIII |
| 1103. | | | | | Sold | 11/04/16 | O | | See Part VIII |
| 1104. Zoom Information Inc Cl B closely held (x) | | None | J | W | Open | 09/30/16 | J | | See Parrt VIII |
| 1105. MFB Northern Funds US Govt money mkt (cash equiv) (x) | A | Dividend | M | T | Buy | 09/30/16 | L | | See Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 10/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1106. | | | | | Sold (part) | 12/31/16 | K | | See Part VIII |
| 1107. Castle Rock Colo Sales & Use Tax Rev municipal bds (x) | B | Interest | M | T | Buy | 07/07/16 | M | | |
| 1108. Delaware St municipal bonds (x) | A | Interest | | | Buy | 07/01/16 | N | | |
| 1109. | | | | | Sold | 08/03/16 | N | A | |
| 1110. Edmond OK Pub Wks Auth Sales Tax & Util Rev municipal bds (x) | | None | N | T | Buy | 06/15/16 | N | | |
| 1111. Indiana Univ Revs municipal bds (x) | | None | M | T | Buy | 07/14/16 | M | | |
| 1112. Massachusetts Bay Trans Auth Mass Rev municipal bds (x) | | None | N | T | Buy | 08/18/16 | N | | |
| 1113. Massachusetts St BEO municipal bds (x) | B | Interest | N | T | Buy | 03/04/16 | L | | |
| 1114. | | | | | Buy (add'l) | 07/29/16 | N | | |
| 1115. | | | | | Sold (part) | 10/07/16 | L | B | |
| 1116. Massachusetts St Dev Fin Agy Rev municipal bds (x) | C | Interest | | | Buy | 08/03/16 | N | | |
| 1117. | | | | | Sold | 10/21/16 | N | | See Part VIII |
| 1118. Minneapolis & St Paul MN Met Arpts Comm municipal bds (x) | | None | M | T | Buy | 12/07/16 | M | | |
| 1119. New York St Dorm Auth St Pers Inc Tax Rev municipal bds (x) | | None | M | T | Buy | 10/07/16 | M | | |
| 1120. New York St Twy Auth Gen Rev Jr Indbt Obl municipal bds (x) | B | Interest | | | Buy | 05/05/16 | M | | |
| 1121. | | | | | Sold | 07/20/16 | M | C | |
| 1122. Snohomish Cnty Wash Sch Dist municipal bds (x) | C | Interest | N | T | Buy | 06/17/16 | N | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 70 of 73

Name of Person Reporting

SARIS, PATTI B.

Date of Report

10/04/2017

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1123. South Dakota Brd Regts Hsg & Auxiliary Fac municipal bds (x) | | None | M | T | Buy | 12/09/16 | M | | |
| 1124. Union Cnty NJ BEO municipal bds (x) | | None | N | T | Buy | 06/14/16 | N | | |
| 1125. Aria Investment Partners LP LLC (private equity) (x) | | None | M | U | Buy | 11/18/16 | M | | |
| 1126. Artemis R E Prtnrs Hlthcare Fd I LP (private equity) (x) | G | Distribution | M | U | Buy | 05/04/16 | N | | |
| 1127. | | | | | Buy (add'l) | 11/09/16 | N | | |
| 1128. Dedham Oil & Gas Fd LP (private equity) (x) | | None | O | U | Buy | 06/22/16 | M | | |
| 1129. | | | | | Buy (add'l) | 10/03/16 | M | | |
| 1130. | | | | | Buy (add'l) | 11/08/16 | L | | |
| 1131. | | | | | Buy (add'l) | 12/09/16 | N | | |
| 1132. Graduate Syndicate Fund I LP (private equity) (x) | | None | M | U | Buy | 06/24/16 | M | | |
| 1133. Hillhouse Fund III LP (private equity) (x) | D | Distribution | L | U | Buy | 04/16/16 | K | | |
| 1134. | | | | | Buy (add'l) | 12/14/16 | L | | |
| 1135. Thorntree Capital Fund LP (private equity) (x) | | None | P1 | U | Buy | 07/28/16 | O | | |
| 1136. | | | | | Buy (add'l) | 09/28/16 | P1 | | |
| 1137. Silvercrest Special Situations SPV LLC (fka MW Spl Situations) (y) | B | Distribution | | | | | | | See Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 10/04/2017 |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I. Postions -

A. Reference is made to Trust #3 (J. Saris resigned as co-trustee 5/11/2016) and Trust #4 of which J. Saris is a co-trustee. NOTE: All asssets have been separately reported on the FDR and properly disclosed.


Part VII. Investments and Trusts -

A. Items listed on calendar year 2015 Financial Disclosure Report (FDR) and excluded for calendar year 2016 do not meet the aggregate income, or aggregate value levels outlined in the Financial Disclosure Report Filing Instructions for Judicial Officers and Employees (said instructions referencing Sections 102(a)(3) and 102(a)(1)(B)).

B. 2016 FDR, Part VII, notations -
(1) RESPONSE TO LETTER OF INQUIRY DATED AUGUST 11, 2017
a. Part VII, lines 7, 34, 36, 127, 133,139,143, 420, 437, 443, 449, 455, 514, 538, 563, 858, 928, 931, and 968, columns B and C aggregate income and value information have been removed as requested and per asset income and value information have been provided for each individual asset as applicable.
b. Part VII, line 926: Trust # 29 holds a 100% interest in MECM Associates LLC - See item 481 for a detail of all assets, income and values. The total aggregage income and value of Item 481, columns B and C have also been added to item 926, columns B and C.
c. Part VII, line 714, "DCP Midstream Partners LP, PTP" is correctly reported as fully sold 02/22/2016 at no gain on the original 2016 FDR. The 2015 FDR erroneously reported a full sale on 12/31/2015 - sales of this asset in 2015 should all have been reported as partial sales.
d. Part VII, lines 1098-1100, 1110-1112, 1118, 1119, 1123-1124 correctly report no income in Colum B. Assets reported on lines 1098-1100 paid no dividends. The other assets referenced in the Letter of Inquiry are municipal bonds that were purchased after the semi-annual payable dates, and therefore no interest was paid or received prior to 12/31/2016..

(2) NOTES REPORTED ON THE ORIGINAL 2016 FDR DATED 05/09/2017 AS FILED.
Item     2: Tucker Anthony Private Equity Fund I, LP - Fund terminated resulting in no gain.
Item     3: T A Conference LLC - the fund fully liquidated in 2016
Item     4: Tucker Anthony Private Equity Fund II - Fund terminated resulting in no gain.
Item     6: Tucker Anthoony Private Equity Technology LP: Fund terminated resulting in no gain.
Item   30: Independent Franchise Partners US Eq Fd - 'Open' represents additional shares received by the trust on 12/13/16. See item 997.
Item   32: Frontier MFG Global Eq-Inst - 'Open' represents asset received by the trust on 12/31/16. See item 996.
Item   41: Artisan Intl Value Fd Inv - there was no reportable gain on the sale.
Item   42: Driehaus Emg Mkts Growth Fd - there was no reportable gain on the sale.
Item   43: FMI Large Cap Fd - there was no reportable gain on the sale.
Item   44: Harding Lowvner Intl Equity Fd Ins - there was no reportable gain on the sale.
Item   45: NB Equity Income Fd Ins - all shares were sold 9/22/15 and asset will be removed from the 2017 FDR.
Item   46: Oak Ridge Small Cap Growth Fd Y - there was no reportable gain on the sale.
Item   52: NB High Income Bond Fd Ins - there was no reportable gain on the sale.
Item   53: Ridgeworth Seix Floating Rate Fd Ins - there was no reportable gain on the sale.
Item   57: Vanguard Interm Term T/E Fd Adm - there was no reportable gain on the sale.
Items 59 & 60: Vanguard Small Cap Indx Fd Adm - there was no reportable gain on either sale.
Item   63: Blackrock Strategic Inc Opp Fd Ins - there was no reportable gain on the sale.
Item   80: Zoom Information Inc Cl B - fully distributed; see item 1104.
Item   81: Artisan Intl Value Fd Inv - there was no reportable gain on the sale.
Item   82: Dodge & Cox Intl Stock Fd - there was no reportable gain on the sale.
Items 83 & 84: Driehaus Emg Mkts Growth Fd - there was no reportable gain on the sale.
Item   85: FMI Large Cap Fd - there was no reportable gain on the sale.
Item   90: Oak Ridge Small Cap Growth Fd Y - there was no reportable gain on the sale.
Item   92: Transamerica Intl Small Cap Value Fd - there was no reportable gain on the sale.
Items 114 & 115: MFB Northern Trust Co Funds muni mm - the daily detail activity was not available at filing. The money market asset's value in item 114, column C(3) reflects the decrease in value from 12/31/2015 to 09/30/2016 - the sale date. There was no reportable gain.
Item 117: Plymouth Rock Co Inc OC Cl A - the asset was fully distributed. See item 1093.
Item 132: See items 563 thru 857 for total MECM Investments LLC assets, purchases and sales.
Item 138: See items 563 thru 857 for total MECM Investments LLC assets, purchases and sales.
Item 142: See items 563 thru 857 for total MECM Investments LLC assets, purchases and sales.
Item 148: See items 563 thru 857 for total MECM Investments LLC assets, purchases and sales.
Item 149: TA Investors LP - this fund liquidated its assets in 2013. The asset was not removed in 2016 because a residual distribution was received in 2016. The asset will be removed from the 2017 FDR.
Item 150: Wavemark Inc Ser A pfd stock - Wavemark was acquired by Cardinal Health in 2013. The asset was not removed in 2016 because a residual distribution was received in 2016. The asset will be removed from the 2017 FDR. Also see item 462.
Item 418: Penta Asia Domestic Partners LP - this was fully redemmed at no gain.
Item 421: See Items 858 thru 871 for total MECM Associates II LLC assets, purchases and sales.
Item 442: See items 563 thru 857 for total MECM Investments LLC assets, purchases and sales.
Item 448: See items 563 thru 857 for total MECM Investments LLC assets, purchases and sales.
Item 454: See items 563 thru 857 for total MECM Investments LLC assets, purchases and sales.
Item 460: See items 563 thru 857 for total MECM Investments LLC assets, purchases and sales.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
| --- | --- | --- |
| Page 72 of 73 | SARIS, PATTI B. | 10/04/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Item 462: Wavemark Inc Ser A pfd stock - Wavemark was acquired by Cardinal Health in 2013. The asset was not removed in 2016 because a residual distribution was received in 2016. The asset will be removed from the 2017 FDR. Also see item 150.

Item 471: Lime Rock Partners V, LP - the asset name was corrected for the misspelling of "Lime" (previously reported as "Line").

Item 483: Baupost Value Partners LP II - the fund was partially redeemed at no gain.

Item 515: See items 563 thru 857 for total MECM Investments LLC assets, purchases and sales.

Item 539: See items 563 thru 857 for total MECM Investments LLC assets, purchases and sales.

Item 566: See items 858 thru 871 for total MECM Associates II LLC assets, purchases and sales.

Item 714: DCP Midstream Partners LP - there was no reportable gain on the sale.

Items 715 thru 718: Enbridge Energy Partners LP - there was no reportable gain on each of the four sales.

Items 721 thru 723: Energy Transfer Equity LP - there was no reportable gain on each of the three sales.

Item 731: Markwest Energy LP - Markwest merged with MPLX, LP (see item 766) in 2015. This asset has no value and is being removed.

Item 733: Plains All American Pipeline LP - there was no reportable gain on the sale.

Item 744: Sunoco Logistics Partners LP - there was no reportable gain on the sale.

Item 745: Targa Resources PartnersLP - this asset was fully disposed on on 2/27/2015 despite being reported as a partial sale. The asset will be removed from the 2017 FDR.

Item 750: MA St Dev Fin Agy Fds - there was no reportable gain on the sale.

Items 755 & 756: MFB Northern Trust Co Funds muni mm - the daily detail activity was not available at filing. The money market asset's value in item 755, column C(3) reflects the decrease in value from 12/31/2015 to 09/30/2016 - the sale date. There was no reportable gain.

Item 761: Oiltanking Partners LP - this asset merged with Enterprise Products Partners LP in 2015 and is no longer reportable. The asset will be removed from the 2017 FDR.

Items 768 thru 770: MPLX, LP - there was no reportable gain on each of the three sales.

Items 777 & 778: Williams Cos Inc - there was no reportable gain on either sale.

Items 780 & 781: Falcon Edge Global, LP - there was no reportable gain on either partial redemption of the fund.

Item 784: Frontier MFG Global Equity Fd Instl - the asset name was corrected for the misspelling of "Frontier" (previously reported as "Frontegra").

Items 787 & 789: Oneok Inc - there was no reportable gain on either sale.

Item 810: Massachusetts St Cons Ln bds - there was no reportable gain on the sale.

Items 814 thru 816: Columbia Pipeline Partners LP - there was no reportable gain on each of the three sales.

Item 817: Enlink Midstream LLC - there was no reportable gain on the sale.

Item 826: Targa Resources Corp - there was no reportable gain on the sale.

Item 853: Phoenix Ariz Civic Impt Corp Wastwater Sys Rev bds - there was no reportable gain on the sale.

Items 856 & 857: MFB Northern Funds US Govt money mkt - the proceeds from item 756 were used to buy this asset. The increase in value from 9/30/16 to 12/31/16 is shown as a purchase on line 857. The daily detail activity was not available at filing.

Item 892: USHI Incorporated ord shs - the value of this asset has dropped below the reporting requirement and pays no dividends. The asset will be removed from the 2017 FDR.

Item 930: See Items 858 thru 871 for total MECM Associates II LLC assets, purchases and sales.

Item 934: See items 563 thru 857 for total MECM Investments LLC assets, purchases and sales.

Item 957: Tekne Partners, LP - there is no reportable gain on the partial redemption of this fund.

Item 966: HST Solar Farms Inc Conv Note - the note was exercised and pfd stock purchased - see item 1099 for the purchase; thus, no reportable gain.

Item 967: Local Motors Inc Conv Note - the value of this asset has dropped below the reporting requirement and earns no income. The asset will be removed from the 2017 FDR.

Item 969: See items 563 thru 857 for total MECM Investments LLC assets, purchases and sales.

Items 993 & 994: Caravel Fund (Onshore) LP - there is no reportable gain on the partial redemption and full redemption of the fund.

Item 996: Frontier MFG Global Equity Fd Instl - the asset name was corrected for the misspelling of "Frontier" (previously reported as "Frontegra").

Item 1000: Kensico Associates LP - there is no reportable gain on the partial redemption of the fund. Also the asset name was corrected for the misspelling of "Kensico" (previously reported as "Kensixo").

Items 1003 & 1004: Marathon Global Fd International Eq - there is no reportable gain on either sale.

Item 1037: Proclara Biosciences Inc Ser D pfd stock - this asset changed its name and was formerly known as Neurophage Pharmls Inc Series D pfd.

Item 1041: Bookhost Inc Simple Agreement for Future Equity rts in pfd stock - this agreement was exercised (i.e., redeemed) for the purchase of Guesty Inc Ser A pfd stock on 8/24/2016 - see item 1098.

Item 1043: Proclara Biosciences Inc Ser E pfd stock - this asset changed its name and was formerly known as Neurophage Pharmls Inc Series E pfd.

Item 1050: Castlelake IV LP - the asset name was corrected for the misspelling of "Castlelake" (previously reported as "Catlelake").

Item 1072: Forsyth Cnty GA Sch Dist bds - there was no reportable gain on the bond maturity.

Item 1088: Vanguard Tot Wld Stk Ind-inv - there was no reportable gain on the sale.

Item 1093: Plymouth Rock Co Inc OC Cl A - see item 117.

Item 1098: Guesty Inc Ser A pfd - see item 1041. Bookhost was aquired by Guesty Inc.

Items 1102 & 1103: SPFR Gold Trust ETF - there was no reportable gain on either sale.

Item 1104: See item 80.

Items 1105 & 1106: MFB Northern Funds US Govt money mkt - the proceeds from item 115 were used to buy this asset. The increase in value from 9/30/16 to 12/31/16 is shown as a purchase on line 1106. The daily detail activity was not available at filing.

Item 1117: Massachusetts St Dev Fin Agy Rev Bds - there was no reportable gain on the sale.

Item 1137: Silvercrest Special Situations SPV LLC - this asset was formerly known as MW Special Situations that was reported as sold on 12/31/2008 as a result of the Madoff Ponzi Scheme. The cash distribtuion represents a small recovery.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 73 of 73 | SARIS, PATTI B. | 10/04/2017 |

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ PATTI B. SARIS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544